OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 13, 2023

Joshua Blackman
1303 San Jacinto Street
Houston, TX 77002

Chad A. Flores
Fisher & Phillips
100 N 18th Street
Two Logan Square, 12th Floor
Philadelphia, PA 19103

Daniel L. Schmutter
Hartman & Winnicki
74 Passaic Street
Suite 101
Ridgewood, NJ 07650

RE: Defense Distributed, et al v. Attorney General New Jersey
Case Number: 23-3058
District Court Case Number: 3-21-cv-09867

Dear Counsel:

Pursuant to our docketing letter dated **November 22, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Concise Summary of the Case**
**Disclosure Statement**
**Information Statement**

**Transcript Purchase Order Form**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**


Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936
cc: Timothy Sheehan, Esq.