No. 23-3058

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.,
*Plaintiffs-Appellants*,

v.

ATTORNEY GENERAL OF NEW JERSEY,
*Defendant-Appellee*,

On Appeal from the United States District Court for the
District of New Jersey (No. 3:21-cv-09867)

## JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES

The parties jointly move under Fed. R. App. P. 26(b) and 3d Cir. L.A.R. 31.4 for an order extending the briefing deadlines in the above-captioned matter to May 24, 2024 for Appellee's brief and June 28, 2024 for Appellants' reply. In support of the motion, the parties state as follows:

1. On December 28, 2023, the Clerk of Court entered the Briefing and Scheduling Order in this appeal, directing Appellants to file their brief and appendix by February 6, 2024; the State to file its opposition brief within 30 days thereafter; and Appellants to file their reply brief within 21 days thereafter. Dkt. No. 13-1.

2. On February 2, 2024, the Clerk verbally granted Appellants' request for a 14-day extension to file their brief and appendix, extending their deadline to February 21, 2024.

3. On February 14, 2024, Appellants filed a motion for a 21-day extension of their deadline, extending the deadline to March 13, 2024. Dkt. No. 16. The State consented to the extension. The Clerk granted the motion the same day.

4. Appellants filed their appendix on March 11, 2024, and their brief on March 13, 2024. Dkt. Nos. 20 & 21.

5. On April 9, 2024, the Clerk verbally granted the State's request for a 14-day extension to file its brief, extending its deadline to April 26, 2024. The State has not received any other extensions.

6. In light of the breadth of the issues to be addressed in the briefing, in addition to competing deadlines and other professional and family obligations, counsel for both parties submit that good cause exists to extend the current deadlines, and respectfully propose the following schedule:

    a. Appellee's brief shall be filed by May 24, 2024
    b. Appellants' reply brief shall be filed by June 28, 2024

WHEREFORE, the parties jointly request that the deadline for the State's brief be extended 28 days from the original due date to **May 24, 2024**, and the deadline for Appellants' reply brief be extended 14 days from the original date to **June 28, 2024**.

Dated: April 24, 2024

/s/ Chad Flores
Chad Flores
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

*Attorneys for Appellants*

Respectfully submitted,

 /s/ Tim Sheehan
Tim Sheehan
Deputy Attorney General
Office of the New Jersey Attorney General
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
tim.sheehan@njoag.gov

*Attorneys for Appellee*

# CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and L.A.R. 31.1(c), I hereby certify that:

1. This brief complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because the brief contains 340 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using the Microsoft Word word-processing system in Times New Roman that is at least 14 points.

3. This brief complies with L.A.R. 31.1(c) in that prior to being electronically submitted, it was scanned by the following virus-detection software and found to be free from computer viruses:

    Company: McAfee, Inc.

    Product: McAfee Endpoint Security, version 10.7

Dated:    April 24, 2024                         /s/ Tim Sheehan
                                                                    Tim Sheehan
                                                                    Deputy Attorney General

## CERTIFICATION OF BAR MEMBERSHIP

I hereby certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

| | |
|---|---|
| Dated:　　April 24, 2024 | /s/ Tim Sheehan<br>Tim Sheehan<br>Deputy Attorney General |

## CERTIFICATION OF SERVICE

I hereby certify that on April 24, 2024, I filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit via the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Tim Sheehan
Tim Sheehan
Deputy Attorney General