# No. 23-3058

## United States Court of Appeals
### For the Third Circuit

**DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.,**

*Plaintiffs-Appellants,*

*- v -*

**ATTORNEY GENERAL OF NEW JERSEY,**

*Defendant-Appellee.*

---

**On Appeal from the United States District Court for the District of New Jersey**

Case No. 3-21-cv-9867 (MAS)

## BRIEF OF AMICUS CURIAE COUNTY PROSECUTOR'S ASSOCIATION OF NEW JERSEY

**MARK MUSELLA**
*Bergen County Prosecutor*
*President, County Prosecutor's Association NJ*

LAURA SUNYAK
*Assistant Mercer County Prosecutor*

K. CHARLES DEUTSCH
*Assistant Bergen County Prosecutor*

WILLIAM P. MILLER
*Assistant Bergen County Prosecutor*

# TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES ........................................................................ii

INTEREST OF AMICUS CURIAE ......................................................... 1

ARGUMENT

    Restrictions on the Dissemination of Digital Firearms Information For Production of 3D Printed Firearms and Components Are An Indispensable Tool of Law Enforcement to Regulate Firearms and Promote the Safety of the Public ..................................................... 5

CONCLUSION ....................................................................................... 20

# TABLE OF AUTHORITIES

*Page*

### CASES

*Defense Distributed v. U.S. Dep't of State,*
   838 F.3d 451 (5th Cir. 2016) ..................................................... 3
*Universal City Studios, Inc. v. Corley,*
   273 F.3d 429 (2d Cir. 2001) ................................................... 18

### STATUTES

2018 NJ Sess. Law Serv. Ch. 138, (SENATE 2465) ................................. 12
2022 NJ Sess. Law Serv. Ch. 53 (SENATE 2846) .................................... 12
N.J.S.A. 2C:39-1 ................................................................. 4
N.J.S.A. 2C:39-9 .........................................................7, 8, 10, 11
N.J.S.A. 2C:39-10 ............................................................... 7
N.J.S.A. 2C:39-3 .............................................................. 11
N.J.S.A. 2C:39-7(b) ............................................................ 7
N.J.S.A. 2C:39-5(f) ............................................................ 8
N.J.S.A. 2C:39-9(k) ........................................................... 13
N.J.S.A. 2C:39-9(l) ........................................................... 13
N.J.S.A. 2C:39-9(d) ........................................................... 14
N.J.S.A. 2C:39-9(l)(1) ........................................................ 15
N.J.S.A. 2C:39-9(*l*)(2) ....................................................... 4
N.J.S.A. 2C:58-1 .............................................................. 8
N.J.S.A. 2C:58-3(c) ........................................................... 7

### OTHER AUTHORITIES

Barton, Champe et.al, *What Are 3D-Printed Guns, and Why Are They Controversial?*, The Trace, updated April 8, 2022, available at https://www.thetrace.org/2021/02/3d-printer-ghost-gun-legal-liberator-deterrence-dispensed/ (last accessed May 17, 2024) ................................ 2

*Page*

DiFilippo, Dana, *State watchdog calls for crackdown on ghost guns and repeat gun scofflaws*, New Jersey Monitor (April 17, 2024), available at https://newjerseymonitor.com/2024/04/17/state-watchdog-calls-for-crackdown-on-ghost-guns-and-repeat-gun-scofflaws/ ..................... 11, 17

Gun Violence Archive, https://www.gunviolencearchive.org (last visited March 28, 2023)...................................................................................... 6

*Gun Violence in New Jersey*, https://everystat.org/wp-content/uploads/2019/10/Gun-Violence-in-New-Jersey.pdf (last visited March 28, 2023)................................................................................... 5

Hoffman, Tony, *3D Printing: What You Need To Know*, PC MAG, July 1, 2020, available at https://www.pcmag.com/news/3d-printing-what-you-need-to-know) (last accessed May 17, 2024); Becher, Brooke. *9 Examples of 3D-Printed Houses*, builtin, July 13, 2023, available at https://builtin.com/articles/3d-printed-house (last accessed May 17, 2024) ....................................................................................... 2

Hoffman, Tony, *The Best 3D Printers for 2024*, PC MAG, May 2, 2024, available at https://www.pcmag.com/picks /the-best-3d-printers (last accessed May 17, 2024) ............................................................ 2

New Jersey State Health Assessment Data, *Health Indicator Report of Deaths due to Firearm-related Injury*, https://www-doh.state.nj.us/doh-shad/indicator/view/Firearm.AA.html (last visited March 28, 2023) ...... 6

*Nine Men Charged with Roles in Gang-Led Drug and Gun Trafficking Network*, U.S. Attorney's Office District of New Jersey (January 5, 2023), available at https://www.justice.gov/usao-nj/pr/nine-men-charged-roles-gang-led-drug-and-gun-trafficking-network ................................. 11

Rabin, Roni Caryn, *Gun-Related Suicides and Killings Continued to Rise in 2021, C.D.C. Reports*, N.Y. Times (Oct. 6, 2022), https://www.nytimes.com/2022/10/06/health/guns-homicides-suicides-cdc.html ................................................................................... 6

***Page***

State of New Jersey Department of Law and Public Safety, *Combatting Gun Violence*, https://www.njoag.gov/programs/combatting-gun-violence (last accessed May 17, 2024) ..................................................................... 4

Sullivan, S.P., *3D-printed 'ghost guns' keep showing up at N.J. crime scenes, state probe finds*, NJ.com (April 17, 2024), available at https://www.nj.com/news/2024/04/3d-printed-ghost-guns-keep-showing-up-at-nj-crime-scenes-state-probe-finds.html ......................................... 6

"The Evolution of 3D Printing: Past, Present and Future." *3D Printing Industry*. August 1, 2016, available at https://3dprintingindustry.com /news/ evolution-3d-printing-past-present -future-90605/ (last accessed May 17, 2024) .......................................................................................... 1

United States Dep't of Justice, *FACT SHEET: Privately Made Firearms (PMFs), aka "Ghost Guns," "Buy-BuildShoot" kits, and the "Frame or Receiver" Final Rule*, available at https://www.justice.gov/opa/press-release/file/1493431/dl (last visited May 28, 2024) .................................. 8

Washburn, Kailtin, *Nearly 43,000 people died from gun violence in 2023: How to tell the story*, Association of Health Care Journalists (Feb. 14, 2024), https://healthjournalism.org/blog/2024/02/nearly-43000-people-died-from-gun-violence-in-2023-how-to-tell-the-story/ ........................... 6

## INTEREST OF AMICUS CURIAE

The County Prosecutor's Association of New Jersey submits this brief as amicus curiae in support of defendant-appellee Matthew Platkin, Attorney General of New Jersey. The parties have consented to the filing of this amicus brief.[1]

As technology evolves, so too must the law in order to continue keeping our communities safe. A mere fifty years ago, the idea that someone could have a printer in their home capable of printing 3D objects was as foreign as the idea of a minicomputer, i.e. a smart phone, in everyone's pocket. At the time of the filing of the first patents for machines capable of 3D-printing, or additive manufacturing, in the 1980s, owning such a device would have cost upward of $650,000 in today's dollars.[2] Over the next four decades, as patents expired and technology soared to new heights, a new industry frontier in 3D printing emerged, available to anyone willing to take it on. Today, almost anyone can go online, purchase a home 3D-

_____

[1] This brief has been authored independently of any party's counsel. CPANJ received no money from a party, a party's counsel, or any other outside source to fund the preparation or submission of this brief.

[2] "The Evolution of 3D Printing: Past, Present and Future." *3D Printing Industry*. August 1, 2016, available at https://3dprintingindustry.com /news/ evolution-3d-printing-past-present -future-90605/ (last accessed May 17, 2024).

1

printer, and start printing objects within minutes. In 2024, 3D-printers are widely available to the masses, some for as little as a few hundred dollars.[3]

3D printing allows a person with the appropriate technology to print physical objects from digital designs. There exists a plethora of objects that one can make with a 3D-printer – from simple plastic child's toys to complex metal pieces to full-scale architectural models and, in some cases, entire buildings.[4] And, unfortunately for the safety of the public, 3D-printers can print a variety of firearms, many of which require no federally regulated components to function.[5] As 3D-printed firearms and their components can be created outside traditional supply chains and do not require background checks, they are effectively invisible to law enforcement.[6] While New Jersey continues to be one of the strictest states

---

[3] Hoffman, Tony, *The Best 3D Printers for 2024*, PC MAG, May 2, 2024, available at https://www.pcmag.com/picks /the-best-3d-printers (last accessed May 17, 2024).

[4] Hoffman, Tony, *3D Printing: What You Need To Know*, PC MAG, July 1, 2020, available at https://www.pcmag.com/news/3d-printing-what-you-need-to-know) (last accessed May 17, 2024); Becher, Brooke. *9 Examples of 3D-Printed Houses*, builtin, July 13, 2023, available at https://builtin.com/articles/3d-printed-house (last accessed May 17, 2024).

[5] Barton, Champe et.al, *What Are 3D-Printed Guns, and Why Are They Controversial?*, The Trace, updated April 8, 2022, available at https://www.thetrace.org/2021/02/3d-printer-ghost-gun-legal-liberator-deterrence-dispensed/ (last accessed May 17, 2024).

[6] Id.

in the nation on gun control, its efforts in restricting access to firearms, and thereby protecting our communicates, is hampered by the proliferation of these unregistered, untraceable, unserialized ghost guns printed in homes across the State.  To wit, the State of New Jersey is prosecuting several cases where defendants 3D printed firearms or firearm parts.

The County Prosecutor's Association of New Jersey has a direct interest restricting the efforts of parties who seek to distribute computer files that "allow virtually anyone with access to a 3D printer" – even terrorists, felons, and domestic abusers – to print fully functional firearms.[7] CPANJ is comprised of the twenty-one County Prosecutors leading all twenty-one of New Jersey's prosecutor's offices. CPANJ's goal is to promote the orderly administration of criminal justice within the State, and the fair and effective enforcement of the constitution and laws of this State through the cooperation of all law enforcement agencies.

The twenty-one County Prosecutors are charged with the great task of enforcing the criminal laws of New Jersey, one of the most densely populated states in the country, home to almost 9.5 million residents. The fight against gun violence has become a foremost priority for New Jersey's

---

[7] *Defense Distributed v. U.S. Dep't of State,* 838 F.3d 451, 455 (5th Cir. 2016) ("*DD v. USDOS*").

political leaders and CPANJ's members.[8] The members of CPANJ routinely prosecute defendants throughout the State who use firearms in the commission of violent crimes, including murders, attempted murders, aggravated assaults, and robberies. The County Prosecutors and their teams are also charged with the enforcement of laws that criminalize unlicensed possession of firearms, the possession of firearms with the intent to use them unlawfully, and the possession of dangerous and unusual firearms.[9]

However, criminal prosecutions of crimes relating to the possession and use of firearms are but one tool in the arsenal against the gun violence plaguing New Jersey and the nation. The cease and desist request issued by the New Jersey Attorney General ("NJAG") to Defense Distributed, and the prohibition on distribution "to a person in New Jersey who is not registered or licensed as a manufacturer" of code "that may be used to program a three-dimensional printer to manufacture or produce a firearm, firearm receiver, magazine, or firearm component" set forth in N.J. Stat.

---

[8] State of New Jersey Department of Law and Public Safety, *Combatting Gun Violence*, https://www.njoag.gov/programs/combatting-gun-violence (last accessed May 17, 2024).

[9] *See* N.J.S.A. 2C:39-1, et seq.

Ann. § 2C:39-9(*l*)(2) ("Subsection (*l*)(2)") are critical to ensure that our citizens are protected from the dangers of untraceable, unregistered firearms.

The Attorney General has demonstrated that these actions do not violate the any constitutional provisions. The District Court agreed. So too, should this Court, in order to allow New Jersey's law enforcement agencies, including the members of CPANJ, to continue in the efforts to keep our citizenry safe from senseless gun violence.

## ARGUMENT

### RESTRICTIONS ON THE DISSEMINATION OF DIGITAL FIREARMS INFORMATION FOR PRODUCTION OF 3D PRINTED FIREARMS AND COMPONENTS ARE AN INDISPENSABLE TOOL OF LAW ENFORCEMENT TO REGULATE FIREARMS AND PROMOTE THE SAFETY OF THE PUBLIC

### A. 3D Firearms Undermine New Jersey's Firearms Laws.

It is beyond dispute that gun violence is and has been a serious threat to public safety throughout the nation, with New Jersey being no exception. In an average year, 439 people die and 1,398 are wounded by guns in the State of New Jersey.[10] While the proliferation of firearms in a nationwide

---

[10] *Gun Violence in New Jersey*, https://everystat.org/wp-content/uploads/2019/10/Gun-Violence-in-New-Jersey.pdf (last visited March 28, 2023).

issue, in the decade between 2011-2020, firearms caused 4,142 deaths in New Jersey alone.[11] And across the nation, the rate of firearm related deaths is near historic highs. In 2019, there were 39,328 homicide and suicide deaths in the United States caused by firearms.[12] By 2021, the number of homicide and suicide deaths caused by firearms jumped to 47,286.[13] And 2023, 42,967 people died in homicides or suicides involving firearms. [14]

To address the scourge of gun violence, New Jersey has an extensive system of rules for people purchasing firearms. A person must obtain a firearms purchaser identification card before purchasing, receiving, or otherwise acquiring a firearm. New Jersey also restricts who may obtain a purchaser identification card and purchasing firearms. Our laws prohibit

---

[11] New Jersey State Health Assessment Data, *Health Indicator Report of Deaths due to Firearm-related Injury*, https://www-doh.state.nj.us/doh-shad/indicator/view/Firearm.AA.html (last visited March 28, 2023).

[12] Gun Violence Archive, https://www.gunviolencearchive.org (last visited March 28, 2023).

[13] Kaitlin Washburn, *Nearly 43,000 people died from gun violence in 2023: How to tell the story*, Association of Health Care Journalists (Feb. 14, 2024), https://healthjournalism.org/blog/2024/02/nearly-43000-people-died-from-gun-violence-in-2023-how-to-tell-the-story/.

[14] Roni Caryn Rabin, *Gun-Related Suicides and Killings Continued to Rise in 2021, C.D.C. Reports*, N.Y. Times (Oct. 6, 2022), https://www.nytimes.com/2022/10/06/health/guns-homicides-suicides-cdc.html.

the issuance of purchaser identification cards to domestic violence offenders, the mentally ill, substance abusers, juveniles, individuals on the FBI's terrorist watch list, and other dangerous individuals.[15]

New Jersey law also prohibits "certain persons" from purchasing, owning, possessing, or controlling any and all firearms under N.J.S.A. 2C:39-7(b), due to their prior convictions for aggravated assault, arson, burglary, escape, extortion, homicide, kidnapping, robbery, aggravated sexual assault, sexual assault, bias intimidation, carjacking, gang criminality, terroristic threats, racketeering, unlawful possession of a machine gun, unlawful possession of a handgun, unlawful possession of an assault firearm, leader of firearms trafficking network, endangering the welfare of a child, stalking, or a crime involving domestic violence. Those persons face a mandatory term of imprisonment with at least five years of parole ineligibility if they purchase, own, possess, or control a firearm.[16]

New Jersey not only has statutes related to the purchase and possession of guns, but also laws relating to who can manufacture firearms. In New Jersey, under N.J.S.A. 2C:39-9, it is illegal to manufacture a weapon without being registered or licensed to do so. And N.J.S.A. 2C:39-

---

[15]  N.J.S.A. 2C:58-3(c).

[16] N.J.S.A. 2C:39-7(b).

10 makes it a crime to knowingly violate the regulatory provision relating to the manufacturing of firearms in N.J.S.A. 2C:58-1, which provides that every manufacturer of firearms shall register with the proper State authorities.

New Jersey also bans possession of certain types of firearms, including assault weapons[17] and unserialized or defaced firearms.[18] The serialization of firearms is key to law enforcement's efforts to prosecute and prevent gun violence. Serial numbers allow firearms to be traced to perpetrators of gun violence and to firearms traffickers. [19]

3D printed firearms are functional weapons that may be produced at home using a 3D printer. Anyone with access to the computer aided design ("CAD"), computer aided manufacturing ("CAM") files, and a commercially available 3D printer, could readily manufacture, possess, or sell such a weapon. This includes even persons statutorily ineligible to possess firearms, such as violent felons, the mentally ill, and persons subject to

---

[17] N.J.S.A. 2C:39-5(f).

[18] N.J.S.A. 2C:39-9.

[19] United States Dep't of Justice, *FACT SHEET: Privately Made Firearms (PMFs), aka "Ghost Guns," "Buy-BuildShoot" kits, and the "Frame or Receiver" Final Rule*, available at https://www.justice.gov/opa/press-release/file/1493431/dl (last visited May 28, 2024).

protection and no-contact orders. Now, criminals do not even need to travel to states with lax firearms regulations or to use straw buyers in order to circumvent New Jersey's strict regulatory regime – they can simply use a 3D printer to print working firearms at home.

3D printed firearms are often unrecognizable by standard metal detectors because they are made out of materials other than metal (e.g., plastic), and untraceable because they contain no serial numbers – i.e., they are ghost guns. As they are invisible to metal detectors, these "downloadable guns" can easily be smuggled into airports, prisons, courtrooms, movie theaters, stadiums, and other public places. Of course, 3D printing is still in its early days. As technology improves, even more dangerous and illegal weapons—such as fully automatic machine guns and bomb components—will likely become practical to produce. The proliferation of computer code for 3D printing firearms directly undermines New Jersey's restrictions on who may purchase or manufacture firearms and which weapons may be possessed.

What is more, the home 3D printing of these firearms threatens the effectiveness of these carefully crafted gun-control laws, in a manner that serves no lawful purpose. Compared to a serialized firearm, a 3D printed gun is no more effective for home defense, marksmanship, or hunting. For

example, a serial number does not diminish a firearm's accuracy, fire rate, or reliability. The only actual difference between 3D printed guns and serialized firearms is that 3D printed guns are more effective at thwarting law enforcement investigations into gun violence by preventing law enforcement from using a serial number to connect an assailant to a shooting.

In addition to firearm, state officials are also concerned about "switches" – little plastic pieces, known as an "auto sear," easily produced on a 3D printer with the right plans. When installed in a common handgun, these small, simple switches – no bigger than a Lego – turn the weapon fully automatic, easily turning ordinary handguns into machine guns. In practice, these modified handguns release "unwieldy" sprays of bullets, vastly increasing the likelihood of unintended targets being shot.[20]

The fact of the matter is that the growing presence of ghost firearms, including 3D printed firearms and firearm components, if not addressed, threatens to undo the decades-long decline in shootings throughout New Jersey. Because these guns are untraceable, they can be used in multiple crimes, becoming what police refer to as "multi-shoot guns" or "community

---

[20] Id.

guns" — used multiple times in a short period of time, often in the same community. For example, in Newark, detectives linked one gun to 10 shootings over 18 months that left four people injured, including a 9-year-old boy and two 17-year-olds. In Trenton, investigators tied one gun to five shootings over four months that left two people dead and nine injured.[21] The Attorney General's attempts to crack down, with the enactment of subsection (*l*)(2), on online purveyors of digital firearms information that enable people to print firearm parts at home, is invaluable to the State's continuing efforts to remain one of the strictest states on gun control in the nation.

### B. New Jersey's Ban on Distributing Computer Code for Printing 3D Firearms and on Printing 3D Firearms Addresses a Growing Problem.

In keeping up with changing technology, in November 2018, the Legislature amended N.J.S.A. 2C:39-9 to add subsections (k) and (l), which made possession of ghost gun "kits" and the 3D printing of a firearm or its components both third-degree crimes. At the same time, the Legislature added subsection (m) to N.J.S.A. 2C:39-3 to criminalize possession of covert

---

[21] DiFilippo, Dana, *State watchdog calls for crackdown on ghost guns and repeat gun scofflaws*, New Jersey Monitor (April 17, 2024), available at https://newjerseymonitor.com/2024/04/17/state-watchdog-calls-for-crackdown-on-ghost-guns-and-repeat-gun-scofflaws/.

or undetectable firearms, making that a third-degree crime as well.[22] But in 2022, seemingly in response to the dangers posed by ghost guns, including those that are 3D printed, the Legislature upgraded purchasing firearm parts to manufacture a firearm without a serial number; manufacturing a firearm with a three-dimensional printer; manufacturing a covert or undetectable firearm; and transporting a manufactured firearm without a serial number from third degree crimes to second degree crimes.[23]

The State of New Jersey is actively prosecuting multiple cases involving 3D printed ghost guns throughout the State. As the following case summaries demonstrate, the 3D printing of ghost guns and firearm parts is a statewide problem in New Jersey.

In Passaic County, in November and December 2022, police received tips from the National Center for Missing and Exploited Children that someone with an IP address in Paterson had uploaded child pornography to a Google Drive account on three separate occasions. In August 2023, police executed a search warrant for the apartment associated with the IP

---

[22]    WEAPONS—CRIMES    AND    OFFENSES—UNDETECTABLE FIREARMS, 2018 NJ Sess. Law Serv. Ch. 138 (SENATE 2465).

[23] NJ LEGIS 53 (2022), 2022 NJ Sess. Law Serv. Ch. 53 (SENATE 2846).

address. While searching the residence, police discovered a gun safe containing illegal extended round magazines, as well as a 3D printed ghost gun. In one of the bedrooms of the apartment, police discovered several 3D printed ghost gun parts along with a 3D printer.

In another Passaic County case, in May 2022, an eighteen-year-old high school student used a home 3D printer to produce parts for several rifles and handguns. This student came to the attention of law enforcement because he had given a rifle to a juvenile classmate, who took a photo of herself with the rifle and posted it to social media. A search of the student's apartment uncovered the 3D printed firearm parts, as well as copies of Mein Kampf and the Unabomber's manifesto. The student was indicted on charges of purchasing firearm parts to manufacture without a serial number, contrary to N.J.S.A. 2C:39-9(k) and manufacturing a firearm using a 3D printer, contrary to N.J.S.A. 2C:39-9(l).

In January 2024 in Hunterdon County, police charged a juvenile, S.R., with attempting to manufacture a ghost gun using a 3D printer at his public high school. Local law enforcement was familiar with S.R., because he had repeatedly made violent threats against others, including "to shoot up the school." S.R. had tried to 3D print the ghost gun at home, but his 3D printer was not big enough. S.R. brought his laptop to school and

13

attempted to print the lower part of a handgun using the school's 3D printer and code from his personal laptop, but was not finished in the allotted class time. He then forged a pass to return to the lab. A school employee reviewed S.R.'s file, recognized it to be the lower part of a firearm, and informed him that he could not print it. Two days later, another employee saw S.R. using the same personal laptop within close proximity to the computer lab, confronted him, saw the image of the handgun, and alerted authorities.

Once police seized S.R.'s laptop pursuant to a search warrant, they located the files containing the handgun he attempted to print, which they recognized as the lower part of a Glock-style handgun. In conjunction with gun parts S.R. purchased online, the handgun, if printed, would have been operable. Police ultimately charged S.R. with attempted criminal manufacturing of a weapon, in violation of N.J.S.A. 2C:39-9(d).

In Monmouth County, an individual believed to be the leader of a narcotics trafficking network was charged with using a 3D printer to produce parts of a ghost gun – while already on pretrial release for possessing a ghost gun that he purchased in Pennsylvania. This defendant came to the attention of law enforcement in December 2021, when he traveled to Pennsylvania to purchase parts necessary to construct a

Polymer 80 ghost gun. Police surveilled defendant's business and witnessed him engage in a suspected narcotics transaction with an off-duty police officer, who law enforcement later found to be participating in the narcotics trafficking network.

In February 2024, while the defendant was on pretrial release for these numerous narcotics and weapons offenses, a confidential informant told police that he was in possession of a 3D printer for the purpose of printing ghost guns at a store that he owned. Police executed a search warrant at that store and recovered black plastic pistol parts on a desk next to a 3D printer. Police charged this defendant with criminal manufacturing of firearm components, in violation of N.J.S.A. 2C:39-9(l)(1), among other offenses.

In Gloucester County, in July 2022, a parole officer discovered a 3D printer, along with numerous 3D printed guns, in the home of a drug offender on parole. A search of the residence also revealed a rifle and high-capacity magazines.

And the prosecution of possession of 3D printed guns in New Jersey is not limited to the county prosecutor's offices. In January 2023, the federal government arrested and charged nine members of a narcotics and weapons trafficking network led by a Latin Kings member operating in

North Jersey. In addition to bringing illegal weapons into New Jersey from other states, these defendants are charged with manufacturing untraceable gun parts that could be used to convert weapons for automatic firing. The defendants were charged with, among other crimes, conspiracy to traffic firearms, including several ghost guns, and the unlawful possession of firearms.

During the execution of search warrants, investigators seized two 3D printers, along with 3D printing material. When law enforcement agents entered the residence, they observed that the two 3D printers were in the process of manufacturing firearms. In addition to the 24 ghost guns, investigators also seized three "switches."[24] As if the defendants' trafficking in deadly fentanyl and cocaine was not dangerous enough, the addition of the unregulated, unlicensed, private manufacture of an armory of 3D printed guns poses an untenable threat to New Jersey's citizens.

### C. Plaintiff Would Eviscerate New Jersey's Strict Regulation of Firearms and Would Make New Jersey Less Safe. Plaintiff's Legal Arguments Are Meritless.

Defense Distributed is a Texas company founded by Cody Wilson that

---

[24] *Nine Men Charged with Roles in Gang-Led Drug and Gun Trafficking Network*, U.S. Attorney's Office District of New Jersey (January 5, 2023), available at https://www.justice.gov/usao-nj/pr/nine-men-charged-roles-gang-led-drug-and-gun-trafficking-network.

authors and publishes a wide variety of digital firearm information to the American public that can be used to create 3D ghost printed firearms. Defense Distributed's files allow virtually anyone with access to a 3D printer to produce, among other things, a single-shot plastic pistol called the Liberator, and a fully functional plastic AR-15 lower receiver. Indeed, Wilson has celebrated this result.

Companies like Defense Distributed, who strive to make digital firearm information available to anyone who requests it under the guise of constitutional freedom, are fueling the proliferation of illegal ghost guns. As an investigative analyst for the New Jersey State Commission of Investigation recently testified, in 2019 ghost guns made up about 2% of guns recovered by law enforcement. As of 2023, about 1 out of every 10 recovered weapons are ghost guns, an average of about one per day.[25] This represents an 600% increase in the recovery of ghost guns between 2019 and 2023.[26]

---

[25] Sullivan, S.P., *3D-printed 'ghost guns' keep showing up at N.J. crime scenes, state probe finds*, NJ.com (April 17, 2024), available at https://www.nj.com/news/2024/04/3d-printed-ghost-guns-keep-showing-up-at-nj-crime-scenes-state-probe-finds.html.

[26] DiFilippo, Dana, *State watchdog calls for crackdown on ghost guns and repeat gun scofflaws*, New Jersey Monitor (April 17, 2024), available at https://newjerseymonitor.com/2024/04/17/state-watchdog-calls-for-crackdown-on-ghost-guns-and-repeat-gun-scofflaws/.

If the plaintiffs were to succeed, it would greatly undermine New Jersey's ability to fight the threat posed by these weapons. Defense Distributed's codes would enable individuals to manufacture guns, without a license, using a 3D printer at home, no matter what state law says.

CPANJ is troubled by the fact that companies such as Defense Distributed can allow people to make an end-run around the State's carefully crafted firearm control legislation – and the vital requirements for registration and background checks – and shroud themselves in the Constitution while doing it. As the Attorney General amply sets forth, the plaintiffs have no protected speech interest in the distribution of downloadable guns, as they are a form of directly performable computer code meant to be read – not by a person, whose mind could be affected – but by a computer, which would then execute the instructions. This sort of "functional code" is simply not protected.[27]

And the purpose of the plaintiffs' offering such digital firearm information is a functional one – the widespread possession by the masses of physical firearms. The distribution of the digital files is, for all practical purposes, indistinguishable from the distribution of the guns themselves,

---

[27] *See Universal City Studios, Inc. v. Corley*, 273 F.3d 429, 449 (2d Cir. 2001).

18

or their component parts. That a human has to load the code into the computer and send it to a 3D printer does not diminish the non-speech nature of such code.

Computer code that allows anyone – including convicted felons, the mentally ill, and domestic abusers – to automatically download and print undetectable guns is incredibly dangerous, with no expressive or redeeming value. It merely enables criminally minded citizens to forgo the statutorily-required application process and background checks, to avoid the registration and licensing requirements, and to carry around undetectable, untraceable deadly weapons in public, around children and other citizenry. Certainly, that is not what our Forefathers envisioned when drafting our Constitution. And it is not something this Court should allow. CPANJ joins in the Attorney General's arguments, and urges this Court to reject plaintiffs' claims and affirm the order of the District Court. The safety of our citizens depends on it.

## CONCLUSION

The order of the district court should be affirmed.

Dated:   May 31, 2024

Respectfully submitted,

s/Mark Musella
MARK MUSELLA

*Bergen County
Prosecutor*

*President, County
Prosecutor's Association
NJ*

By:  Laura Sunyak
*Assistant Mercer County
Prosecutor*

K. Charles Deutsch
*Assistant Bergen County
Prosecutor*

William P. Miller
*Assistant Bergen County
Prosecutor*

# CERTIFICATE OF COMPLIANCE

The word count for this brief is 3834, excluding the Table of Contents and Table of Authorities. The word processing system used to prepare this brief and to calculate the word count was Microsoft Word 2016. The brief is printed in Century Schoolbook, a serifed, proportionally spaced typeface. The type size is 14 points in the text, headings, and footnotes. I certify that the brief complies with Rule 32(a)(5)-(7) and Local Rule 32.1.

I hereby certify that the electronic version of this brief is identical to the hard copies submitted to the Court of Appeals for the Third Circuit this day.

I hereby certify that the virus check of this brief was completed using Cisco Endpoint and no viruses were detected.

I certify that I am a member in good standing of the Bar Association for the Third Circuit Court of Appeals.

I hereby certify that on May 31, 2024, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. Counsel of record or all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

s/William P. Miller
**WILLIAM P. MILLER**
*Assistant Bergen County Prosecutor*