No. 23-3058

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Defense Distributed; Second Amendment Foundation, Inc.,
Plaintiffs—Appellants,

v.

Attorney General of New Jersey,
Defendant—Appellee.

Appeal from the United States
District Court for the District of New Jersey
Case No. 3-21-cv-9867

**BRIEF OF EVERYTOWN FOR GUN SAFETY SUPPORT FUND AS
AMICUS CURIAE IN SUPPORT OF APPELLEE**

Aaron Esty
Eugene Nam
Emily Walsh
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
(646) 324-8369
aesty@everytown.org

## CORPORATE DISCLOSURE STATEMENT

Everytown for Gun Safety Support Fund has no parent corporations. It has

no stock; hence, no publicly held company owns 10% or more of its stock.

# TABLE OF CONTENTS

INTEREST OF AMICUS CURIAE .......................................................................1

INTRODUCTION AND SUMMARY OF ARGUMENT ....................................1

ARGUMENT .......................................................................................................5

    I.   New Jersey's Strong Firearms Laws Have Been Effective at Reducing Gun
        Violence Rates in the State ........................................................................5

        A.   New Jersey firearms laws include access restrictions, measures to
              facilitate investigations, and prohibitions on dangerous firearms....5

        B.   New Jersey's strong firearms laws contribute to its low rates of
              gun violence ...................................................................................9

   II.  3D-Printed Firearm Technology Undermines These Firearms Laws and
        Threatens New Jersey's Public Safety ......................................................12

        A.   The technology that enables 3D-printed firearms has developed
              to allow for inexpensive production of reliable firearms................13

        B.   3D-printed firearms circumvent firearms laws similarly to
              "ghost guns" made from unfinished frames and receivers ...........20

        C.   3D-printed firearms are increasingly being recovered in
              connection with crimes ................................................................23

  III.  New Jersey's Efforts to Prevent the Proliferation of Files for 3D Printing
        Firearms Can Reduce Their Criminal Use, If Allowed to Stand ..............28

CONCLUSION...................................................................................................30

CERTIFICATIONS.............................................................................................31

# TABLE OF AUTHORITIES

## CASES

*Garland v. VanDerStock,*
No. 23A82, Order in Pending Case (Aug. 8, 2023) ......................................28

*N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen,*
597 U.S. 1 (2022) ...........................................................................................5

*Nat'l Shooting Sports Found., Inc. v. Jones,*
716 F.3d 200 (D.C. Cir. 2013) .....................................................................20

*New York v. Arm or Ally, LLC,*
No. 22-CV-6124, 2024 WL 756474 (S.D.N.Y. Feb. 23, 2024) ....................21

*United States v. Marzzarella,*
614 F.3d 85 (3d Cir. 2010) .......................................................................4, 20

*United States v. Mobley,*
956 F.2d 450 (3d Cir. 1992) .........................................................................20

*VanDerStok v. Garland,*
86 F.4th 179 (5th Cir. 2023), *cert. granted, Garland v. VanDerStok,* No. 23-852
(U.S. Apr. 22, 2024) .......................................................................................3

## STATUTES

18 U.S.C. § 922 .............................................................................................7, 9
18 U.S.C. § 923 ................................................................................................7
N.J. Stat. § 2C:25-27 ........................................................................................6
N.J. Stat. § 2C:25-29 ........................................................................................6
N.J. Stat. § 2C:39-3 ..........................................................................................9
N.J. Stat. § 2C:39-5 ..........................................................................................9
N.J. Stat. § 2C:39-9(a) ......................................................................................9
N.J. Stat. § 2C:39-9(b) ......................................................................................9
N.J. Stat. § 2C:39-9(c) ......................................................................................9
N.J. Stat. § 2C:39-9(g) ......................................................................................9
N.J. Stat. § 2C:39-9(h) ......................................................................................9
N.J. Stat. § 2C:39-9(k) ......................................................................................8
N.J. Stat. § 2C:39-9(l) ...............................................................................passim
N.J. Stat. § 2C:39-9(m) .....................................................................................9
N.J. Stat. § 2C:39-9(n) ..................................................................................8, 9

N.J. Stat. § 2C:58-1 .................................................................................8
N.J. Stat. § 2C:58-2 .................................................................................8
N.J. Stat. § 2C:58-3 .............................................................................5, 6
N.J. Stat. § 2C:58-20 ..............................................................................7

## OTHER AUTHORITIES

Aaron J. Kivisto, et al., *Firearm Ownership and Domestic Versus Nondomestic Homicide in the U.S.*, 57 Am. J. Preventative Med. 311 (2019) ..........................................10

Aaron Kivisto & Peter Phalen, *Effects of Risk-based Firearm Seizure Laws in Connecticut and Indiana on Suicide Rates, 1981– 2015*, Psychiatric Services (2018) .............10

Affidavit in Support of Complaint, *United States v. Viera*, No. 22-cr-10323 (D. Mass. Aug. 17, 2022) ........................................................................................27

Alex Baker, *San Jose teen arrested for using 3D printer to manufacture ghost gun*, KRON4 (Feb. 20, 2024), https://www.kron4.com/news/san-jose-teen-arrested-for-using-3d-printer-to-manufacture-ghost-guns/ ...............................................26

Arielle Mitropoulos, *Nashua police say man made gun with 3-D printed parts*, WMUR-TV (Feb 27, 2024), https://www.wmur.com/article/gun-3-d-printer-parts-nashua-22624/46976358 ................................................................................24

ATF, *National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Guns - Volume Two, Part III* at 39 (2023), https://www.atf.gov/firearms/docs/report/nfcta-volume-ii-part-iii-crime-guns-recovered-and-traced-us/download ................................................11, 22

Brief of the District of Columbia, et al. in Support of Petitioners, *Garland v. VanDerStok, et al.*, No 23-852 (2024) ............................................................29

Cassandra K. Crifasi, et al., *Correction to: Association between Firearm Laws and Homicide in Urban Counties*, 95 J. Urb. Health 95, 773-76 (2018), https://doi.org/10.1007/s11524-018-0306-y ...............................................9

Cassandra K. Crifasi, et al., *Effects of Changes in Permit-to-Purchase Handgun Laws in Connecticut and Missouri on Suicide Rates*, 79 Preventive Medicine, 43-49 (2015) https://doi.org/10.1016/j.ypmed.2015.07.013 ...........................................10

Christine Chung, *Ghost Gun Investigation Leads to Raid in Upper East Side Luxury Building*, N.Y. Times (Mar. 9, 2023), https://www.nytimes.com/2023/03/09/nyregion/christopher-foxghost-gun-arrest.html .....................................29

City of Los Angeles, *Press Release: LAPD Releases End of Year Crime Statistics for the City of Los Angeles* 2023, at 2–3 (Jan. 24, 2024), https://mayor.lacity.gov/news/lapd-releases-end-year-crime-statistics-city-los-angeles-2023 ...........................................................................................29

Complaint for Declaratory and Injunctive Relief, *VanDerStok, et al. v. Garland, et al.*, No. 22-cv-00691 (N.D. Tex. Oct. 20, 2022), ECF No. 99 ...........................29

Complaint, *United States v. Burress*, No. 21-cr-00041 (N.D. Ga. Sept. 21, 2021) ......15

Complaint, *United States v. Hernandez*, No. 23-mj-05662 (D. Ariz. Feb. 7, 2023) .....26

Complaint, *United States v. Meekins*, No. 22-mj-00343 (D. Nev. Apr. 29, 2022) .......18

Complaint, *United States v. Mosqueda*, No. 24-cr-00015 (D. Nev. Nov. 9, 2023) .......26

Complaint, *United States v. Reeves*, No. 22-mj-00015 (D. Conn. Jan. 5, 2022) ..........26

Complaint, *Washington, et al., v. U.S. Dep't of State*, No. 18-cv-01115 (W.D. Wash. July 20, 2018) ................................................................................13

Creality, *Ender-3 Pro 3d Printer*, https://www.creality.com/products/ender-3-pro-3d-printer (last visited May 31, 2024) .........................................................15

Criminal Complaint, *United States v. Bradford*, No. 23-cr-00397 (C.D. Cal. July 28, 2023) ..............................................................................................19

Criminal Complaint, *United States v. Payne*, No. 24-cr-00009 (S.D. Ind. Feb. 16, 2024) ..............................................................................................22

Criminal Complaint, *United States v. Wright*, No. 23-cr-00087 (M.D. Fla. July 13, 2023) ..............................................................................................16

DefCad Library, https://defcad.com/library/?sort=downloads_desc ............17, 22

Dep't of Justice Office of the Inspector General, *Audit of the Bureau of Alcohol, Tobacco, Firearms and Explosives' Monitoring of 3-D Firearm Printing Technology*, 12 (2021), https://oig.justice.gov/sites/default/files/reports/22-016.pdf ...................14

Dep't of Justice, *FACT SHEET: Update on Justice Department's Ongoing Efforts to Tackle Gun Violence* (June 14, 2023), https://www.justice.gov/opa/pr/fact-sheet-update-justice-department-s-ongoing-efforts-tackle-gun-violence ...............22

Dep't of Justice, Press Release:, *Boston Man Sentenced for Unlawful Trafficking of Machinegun Conversion Devices* (Apr. 30, 2024), https://www.justice.gov/usao-ma/pr/boston-man-sentenced-unlawful-trafficking-machinegun-conversion-devices .......................................................................................................22

Everytown For Gun Safety, EveryStat: New Jersey, https://everystat.org/#NewJersey ...............................................................9

Everytown Law & Policy (2024), https://everytownresearch.org/rankings/ (last visited May 31, 2024) .......................................................................6

Everytown Research & Policy, *Untraceable: The Rising Specter of Ghost Guns* (May 14, 2020), https://everytownresearch.org/report/the-rising-specter-of-ghost-guns/ ..........................................................................................................21

Everytown Research, Mass Shootings in America (updated March 2023), https://everytownresearch.org/mass-shootings-in-america/ ......................12

v

Everytown, *Gun Law Navigator: Background Checks*, https://maps.everytownresearch.org/navigator/states.html?dataset=background_checks&states=NJ ................................................................6

Everytown, *Gun Law Navigator: Domestic Violence*, https://maps.everytownresearch.org/navigator/states.html?dataset=domestic_violence&states=NJ ....................................................6

Everytown, *Gun Law Navigator: Other*, https://maps.everytownresearch.org/navigator/states.html?dataset=other&states=NJ ................................................................................7

Garen Wintemute et al. *Extreme Risk Protection Orders Intended to Prevent Mass Shootings: A Case Series*, Annals of Internal Medicine (2019) .........................................11

Glenn Thrush, *"Ghost Guns": Firearm Kits Bought Online Fuel Epidemic of Violence*, N.Y. Times (updated June 22, 2023), https://www.nytimes.com/2021/11/14/us/ghost-guns-homemade-firearms.html ..........................................................................21

*"Glock Switches" and Auto Sears*, The Smoking Gun, https://smokinggun.org/glock-switches-auto-sears/ ....................................................................22

Henry Lee, *Oakland man charged with making, test-firing ghost guns for sale in neighborhood*, KTVU Fox 2 (Jan. 13, 2023), https://www.ktvu.com/news/oakland-man-charged-with-making-test-firing-ghost-guns-in-neighborhood ....................26

Indictment, *People v. Freeman*, Index No. 70784-24/001 (2024) ...............................15

Indictment, *People v. Manigault*, Index No. 70782-24/001 (2024) ............................18

Indictment, *United States v. Kraus*, No. 24-cr-40005 (S.D. Ill. Feb. 21, 2024) ...........15

Information, *United States v. Clyburn*, No. 23-cr-01010 (D.N.J. Nov. 29, 2023), ECF No. 58 ..................................................................................................27

Jacquelyn C. Campbell, et al., *Risk Factors for Femicide in Abusive Relationships: Results From a Multisite Case Control Study*, 93 Am. J. Pub. Health 1089 (2003), https://ajph.aphapublications.org/doi/full/10.2105/AJPH.93.7.1089......10

Jeffrey Swanson et al., *Implementation and Effectiveness of Connecticut's Risk-based Gun Removal Law: Does It Prevent Suicides?*, 80 Law and Contemporary Problems 179-208 (2017) ......................................................................................10

Jeremy Jones, *Polymer80 Product Changes in Accordance with ATF Final Rule*, Polymer80 (Feb. 13, 2024), https://polymer80.com/blog/polymer80-product-changes-in-accordance-with-atf-final-rule/ ...............................................................4

Jordyn Pennington, *Teen arrested after stepfather discovers he's 3D printing firearms*, Leesburg-News (Dec. 9, 2023), https://www.leesburg-news.com/2023/12/09/teen-arrested-after-stepfather-discovers-hes-3d-

printing-firearms/ .......................................................................................18

Kara E. Rudolph et al., *Association Between Connecticut's Permit-to-Purchase Handgun Law and Homicides*, 105 Am J Public Health e49 (2015), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4504296/ ...................10

Kevin Haggenmiller, *Lawton man uses 3D printed gun to shoot person over dispute, police say*, KSWO (Apr. 12, 2024), https://www.kswo.com/2024/04/12/lawton-man-uses-3d-printed-gun-shoot-person-over-dispute-police-say/ ................24

Larry Keane, *3D Gun Printing Won't Change the World − Despite What You Read*, National Shooting Sports Foundation (Aug. 1, 2018), https://www.nssf.org/articles/3d-gun-printing-wont-change-the-world-despite-what-you-read/ ...............................................................................14

Louis Klarevas, Andrew Conner, and David Hemenway, *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990−2017*, American Journal of Public Health 109, no. 12 (2019): 1754-61, https://doi.org/10.2105/AJPH.2019.305311 .............................................12

Lydia Bermel & Emma Brustkern, *16-year-old boy arrested in connection to Tuesday shooting, Des Moines police say*, We Are Iowa (Apr. 9, 2024), https://www.weareiowa.com/article/news/crime/easton-blvd-des-moines-iowa-shooting-suspect-arrested/524-4ddd7d2e-e59a-4ff3-be08-d41b042db9f8 .................................................................................23

Manhattan District Attorney, *Press Release: D.A. Bragg & NYPD Commissioner Caban: Man Indicted for Manufacturing Ghost Guns in Harlem Apartments, Test-Firing Weapons in Central Park* (May 28, 2024), https://manhattanda.org/d-a-bragg-nypd-commissioner-caban-man-indicted-for-manufacturing-ghost-guns-in-harlem-apartment-test-firing-weapons-in-central-park/ .............................27

Marc Brown, *Bodycam video shows LASD confront man with assault rifle, body armor in Diamond Bar*, ABC7 (July 28, 2023), https://abc7.com/diamond-bar-deputy-involved-shooting-man-with-ar-15-digitally-produced-ghost-guns/13562942/ .........................................................................27

Nick Penzenstadler, *Gun shops that sell the most guns used in crime revealed in new list*, USA Today (Feb 15, 2024), https://www.usatoday.com/story/news/investigations/2024/02/15/shops-selling-most-crime-guns-revealed-atf/72581120007/ ................................12

Nicole Dantzler, *Hopewell Police investigating first case involving 3D printed gun after accidental shooting*, WRIC 8News (Oct. 6, 2021), https://www.wric.com/news/local-news/the-tri-cities/hopewell-teen-recovering-after-accidentally-shooting-himself-while-making-a-gun-with-3d-printer/...................................................................................................24

vii

*Panic Over 3D-Printed Guns 'Misdirected,' Scholar Says*, WBUR, (Aug. 1, 2018), https://www.wbur.org/hereandnow/2018/08/01/3d-printed-gun-blueprints ................................................................................................ 14

Petition for Extreme Risk Protection Order, *Lee Cty. Sheriff's Office v. Byrd*, No. 22-DR-040037 (Cir. Ct. Lee Cty. July 29, 2022) ................................................ 25

Phil Mayer & Terisa Estacio, Santa Rosa 14-year-old arrested for manufacturing guns: police, KRON4 (Feb 15, 2024), https://www.kron4.com/news/bay-area/santa-rosa-14-year-old-arrested-for-manufacturing-guns-police/ ....... 23

Probable Cause Statement, *State of Florida v. Byrd*, No. 23-CF-016249 (Cir. Ct. Lee Cty. June 22, 2023) ................................................................................ 25

Queens District Attorney, *Press Release: Brothers Charged After Seizure of Homemade Explosives, Ghost Guns in Their Astoria Apartment* (Jan 29, 2024), https://queensda.org/brothers-charged-after-seizure-of-homemade-explosives-ghost-guns-in-their-astoria-apartment-photo/ ...................... 28, 29

Response in Opposition to Defendant's Motion for Revocation of Detention Order, *United States v. Lopez*, No. 23-cr-00079 (E.D. Va. Aug. 30, 2023), ECF No. 39 ......................................................................................................... 25

*Rochester man arrested for 'ghost' gun after traffic stop*, 13 WHAM (Mar. 5, 2022), https://13wham.com/news/local/rochester-man-arrested-for-ghost-gun-after-traffic-stop ....................................................................................... 16

Samantha Rich, *Man facing 26 felonies for possession of firearms, 3D printed 'ghost guns'*, Binghamton Homepage (Jan. 4, 2024), https://www.binghamtonhomepage.com/news/crime/man-facing-26-felonies-for-possession-of-firearms-3d-printed-ghost-guns/ ......................... 25

Stefan Schaufelbühl, et al., *Investigating the availability of 3D-printed firearm designs on the clear web*, 18 Forensic Sci Int Synerg. 7 (Oct. 2023), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10630772/pdf/main.pdf ................................................................................................................. 17

Stefan Schaufelbühl, et al., *The emergence of 3D-printed firearms: An analysis of media and law enforcement reports*, Forensic Science International: Synergy 8 (2024), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10998078/pdf/main.pdf ............................................................................................................. 15, 18

*Teen with assault rifle 'ghost gun' arrested, Santa Rosa policy say*, The Press Democrat (May 15, 2022), https://www.pressdemocrat.com/article/news/teen-with-assault-rifle-ghost-gun-arrested-santa-rosa-police-say/ ............................................ 23

Tom Jackman, *Philadelphia Becomes Fourth City to Ban Largest Ghost Gun Parts Dealer*, Wash. Post (Apr. 14, 2024), https://www.washingtonpost.com/dc-md-va/2024/04/14/polymer80-ghost-guns-pennsylvania/ ................................. 3

*Traffic stops leads deputies to drugs, suspected 3D gun manufacturing at Bellingham house*, Whatcom-News (May 21, 2024), https://whatcom-news.com/traffic-stop-leads-deputies-to-drugs-suspected-3d-gun-manufacturing-at-bellingham-house_218451/ ................................................................................24

Victoria Hill, *Utah man booked on charges of attempted murder with 3D-printed AR-style rifle*, KJZZ-TV (May 24, 2024), https://www.kjzz.com/news/local/utah-man-booked-on-charges-of-attempted-murder-with-3d-printed-ar-style-rifle-firearm ................................................................................24

**REGULATIONS**

27 C.F.R. § 478.123 ...........................................................................7
27 C.F.R. § 478.124 ...........................................................................7
27 C.F.R. § 478.125 ...........................................................................7
87 Fed. Reg. 24,652 .......................................................................3, 21

## INTEREST OF AMICUS CURIAE

Amicus Everytown for Gun Safety Support Fund ("Everytown") is the education, research, and litigation arm of Everytown for Gun Safety, the largest gun violence prevention organization in the country. Everytown for Gun Safety was founded in 2014 as the combined efforts of Mayors Against Illegal Guns, a national, bipartisan coalition of mayors combatting illegal guns and gun trafficking, and Moms Demand Action for Gun Sense in America, an organization formed after the Sandy Hook massacre. Everytown seeks to improve public understanding of the causes of gun violence and reduce that violence by conducting groundbreaking original research, developing evidence-based policies, communicating this knowledge to the American public, and advancing gun safety and gun violence prevention in communities and the courts.[1]

## INTRODUCTION AND SUMMARY OF ARGUMENT

3D-printed firearms have arrived, and they are jeopardizing public safety. In recent years, the technology for producing 3D-printed firearms has proliferated, with cheap and effective 3D printers making functional imitations of popular

---

[1] No party's counsel authored this brief in whole or part and, apart from Everytown, no person contributed money to fund its preparation or submission. All parties consented to this brief's submission.

firearm models readily available. And, with that ready availability, the illegal possession and use of 3D-printed firearms has surged.

New Jersey saw this threat coming: In 2018, the legislature paired a prohibition on manufacturing firearms using a 3D printer with a prohibition on distributing the computer files that enable the 3D printing of firearms and firearm components. N.J. Stat. § 2C:39-9(*l*)(1)-(2).This file-sharing prohibition— N.J. Stat § 2C:39-9(*l*)(2) ("Subsection (*l*)(2)")—blocks access to a primary tool for the 3D printing of firearms and will diminish the threat to public safety as 3D-printed firearms continue to rise in popularity and in their prevalence in crime.

This brief first puts Subsection (*l*)(2) in context, beginning with a description of the broader regulatory scheme of important and effective gun safety laws that it supports. New Jersey has particularly strong firearms laws that (1) restrict firearms access to persons who pose a risk of harming themselves or others, (2) complement federal law to enable accountability for firearms offenses by regulating the commercial market and requiring that firearms be serialized and traceable, and (3) restrict particularly dangerous firearms and accessories. New Jersey's low rates of gun violence compared with states with laxer gun safety laws can in large part be attributed to these strong firearms laws.

Second, the brief the brief explains how Subsection (*l*)(2) will play a critical role in upholding and reinforcing the firearms laws that promote public safety. The

technology for making 3D-printed firearms has advanced to create new access to functional firearms outside of the regulated marketplace. The market in unserialized guns made from unfinished frames and receivers and assembled with other parts to make functional firearms—so-called "ghost guns"—prove the appeal of unserialized firearms sold without background checks, as well as the consequences for public safety. Now, incidents involving illegal activity with 3D-printed firearms are already increasing, demonstrating how the technology for 3D printing firearms undermines gun safety laws.

Third, this brief reviews early evidence following the implementation of a federal regulation from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") that classifies unfinished frames and receivers, as firearms—thereby requiring that those items be serialized and sold with background checks. [2] The rule has greatly impacted the market for unfinished frames and receivers—often sold in "kits" with other parts or tools. Polymer80, "the nation's largest seller of 'ghost gun' parts," [3] announced that it could no longer offer their gun-building kits for sale

---

[2] Definition of "Frame or Receiver" and Identification of Firearms, 87 Fed. Reg. 24,652 (Apr. 26, 2022). A challenge to the lawfulness of the regulation is pending at the Supreme Court. *VanDerStok v. Garland*, 86 F.4th 179 (5th Cir. 2023), *cert. granted*, *Garland v. VanDerStok*, No. 23-852 (U.S. Apr. 22, 2024).

[3] Tom Jackman, *Philadelphia Becomes Fourth City to Ban Largest Ghost Gun Parts Dealer*, Wash. Post (Apr. 14, 2024), https://www.washingtonpost.com/dc-md-va/2024/04/14/polymer80-ghost-guns-pennsylvania/.

because of the rule.[4] Recent declines in ghost gun recoveries demonstrate the effectiveness of blocking unregulated access to unserialized firearms.

Together, these three points make clear the extreme and emerging dangers of 3D-printed firearms and the wide availability of computer files for creating them. Accordingly, as to the First Amendment claim, there should be no doubt that New Jersey has a significant interest in enforcing its firearms laws and maintaining its low rates of gun violence, and that Subsection (*l*)(2) works to serve that interest. *See* State Br. 26-29; *see also United States v. Marzzarella*, 614 F.3d 85, 98 (3d Cir. 2010). And, as to the Second Amendment claim, the emergence of 3D-printed firearms represents a hallmark example of the sort of "unprecedented societal concerns or dramatic technological changes" that, should the Court reach this stage of the analysis, call for "a more nuanced approach" to the Second Amendment historical inquiry. *See* State 36-37; *N.Y. State Rifle & Pistol Ass'n, Inc. v.*

---

[4] Jeremy Jones, *Polymer80 Product Changes in Accordance with ATF Final Rule*, Polymer80 (Feb. 13, 2024), https://polymer80.com/blog/polymer80-product-changes-in-accordance-with-atf-final-rule/.

*Bruen*, 597 U.S. 1, 27 (2022). In short, the Court should affirm the district court's

dismissal of Plaintiffs' claims, and Subsection (*l*)(2) should be allowed to stand.

## ARGUMENT

### I.    New Jersey's Strong Firearms Laws Have Been Effective at Reducing Gun Violence Rates in the State.

New Jersey has strong firearms laws and, consequently, low rates of gun

violence and trafficking compared to other states. These are the stakes in this case:

the relative public safety of New Jerseyans depends on the effectiveness and

enforceability of its firearms laws.

#### A. New Jersey firearms laws include access restrictions, measures to facilitate investigations, and prohibitions on dangerous firearms.

New Jersey imposes reasonable and effective measures to reduce firearms

access to people who would use them irresponsibly or for criminal ends. Chief

among these measures is a "permit-to-purchase" law under which a handgun

purchaser must obtain either a permit to purchase a handgun or a firearms

purchaser identification card to purchase a long gun. N.J. Stat. § 2C:58-3(a), (b).

An applicant must be 21 to receive a permit for handgun or 18 to receive a card for

long gun. N.J. Stat. 2C:58-3(c)(4). An applicant undergoes a background check and

is ineligible to receive a permit or card if the applicant, among other disqualifying

factors, is a felon, is a fugitive from justice, is subject to an outstanding arrest

warrant for a felony, suffers from a physical defect or disease which would make it

unsafe for the applicant to handle firearms, has been committed for mental health treatment, has a substance use disorder, cannot be entrusted with a firearm in the interest of public health, safety or welfare, was convicted of certain weapons offenses as a juvenile, is on the FBI terrorist watchlist, or has been deemed determined to pose a danger to themselves or others. N.J. Stat. § 2C:58-3(c). A permit or card holder must also undergo a background check at the point of sale. N.J. Stat. § 2C:58-3(a), (b).

New Jersey's firearm access measures rank among the strongest in the country.[5] Ten other states and the District of Columbia require a permit to purchase a firearm, and five of those states and D.C. also require a background check at the point of sale.[6] New Jersey is among 17 states, plus D.C., that require individuals convicted of domestic violence misdemeanors to turn in their firearms, and it is one of 22 states, plus D.C, that require the same of individuals subject to final domestic violence restraining orders. N.J. Stat. §§ 2C:25-27(c)(1), 2C:25-29(b).[7] New Jersey, like 20 other states and D.C., empowers its courts to issue

---

[5] The Everytown *Gun Law Rankings* place Jew Jersey as the state with the 7th strongest gun laws. Everytown Law & Policy (2024), https://everytownresearch.org/rankings/ (last visited May 31, 2024).

[6] Everytown, *Gun Law Navigator: Background Checks*, https://maps.everytownresearch.org/navigator/states.html?dataset=background_checks&states=NJ (last visited May 31, 2024).

[7] Everytown, *Gun Law Navigator: Domestic Violence*, https://maps.everytownresearch.org/navigator/states.html?dataset=domestic_violence&states=NJ (last visited May 31, 2024).

"extreme risk protective orders" ("ERPOs") preventing firearm access by, and ordering firearm surrender from, a person found to pose a significant danger of causing bodily injury to self or others. N.J. Stat. § 2C:58-20, *et seq.*[8]

New Jersey's regulatory scheme complements federal law by establishing accountability measures that regulate firearms commerce and require that firearms be traceable by law enforcement if they end up being used in crime. The federal Gun Control Act ("GCA"), Pub. L. No. 90-618, 82 Stat. 1213, as amended, requires that the commercial distribution of firearms be conducted through regulated Federal Firearms Licensees ("FFLs"). 18 U.S.C. § 923. The GCA prohibits FFLs from transferring firearms to felons, fugitives, drug users, the mentally ill or incompetent, and domestic abusers. 18 U.S.C. § 922(d). Commercial manufacturers and importers must engrave the frame or receiver of every firearm with a serial number and other identifying information. 18 U.S.C. § 923(i). All FFLs must record every acquisition and disposition of a firearm and all retail sales through FFLs require the purchaser to verify their identity and undergo a background check, which is recorded on forms that the FFLs must maintain. 18 U.S.C. §§ 922(t), 923(g); 27 C.F.R. §§ 478.123, 478.124, 478.125(e). These serialization and recordkeeping requirements thus ensure that firearms recovered

---

[8] Everytown, *Gun Law Navigator: Other*, https://maps.everytownresearch.org/navigator/states.html?dataset=other&states= NJ (last visited May 31, 2024).

at crime scenes can be traced back to their original purchaser, facilitating criminal investigations.

New Jersey imposes additional requirements on manufacturers and retail dealers of firearms. N.J. Stat. §§ 2C:58-1, 2C:58-2 (manufacturers and retail dealers must obtain a state license to operate, requiring an application to the State Police; dealers are barred from selling more than one handgun per month to the same purchaser). New Jersey also restricts products that circumvent the regulated commercial market—namely, ghost guns—by prohibiting the purchase of an unserialized frame or receiver with the purpose of manufacturing or assembling a firearm, manufacturing a firearm without being commercially licensed, selling an unfinished frame, receiver, or firearm, and manufacturing a firearm, receiver, magazine, or component with a 3D printer. N.J. Stat. § 2C:39-9 (k), (*l*)(1), (n).

Finally, New Jersey sharply restricts the availability of particularly dangerous weapons, with prohibitions on the manufacture, sale, and possession of assault weapons, large capacity magazines that hold more than ten rounds ("LCMs"), covert or undetectable firearms, silencers, short-barreled rifles and shotguns, machineguns, firearms with defaced serial numbers, and firearms without serial

8

numbers. N.J. Stat. §§ 2C:39-3(a)-(d), (j), (m), 2C:39-5(f); 2C:39-9(a)-(c), (g)-(h), (m)-(n).[9]

### B. New Jersey's strong firearms laws contribute to its low rates of gun violence.

New Jersey had the fifth lowest rate of gun deaths in the country on average from 2018 through 2022, with 4.8 gun deaths per 100,000 people in an average year compared to 13.3 gun deaths per 100,000 people nationally.[10] In that same time-span, New Jersey had the third lowest rate of gun suicides on average per year and the 13th lowest rate of gun homicides.[11]

Access restrictions like New Jersey's reduce gun violence. Permit-to-purchase laws are associated with an 11% reduction in gun homicides in urban counties.[12] Studies show a stark contrast in outcomes between a state that adopts permit-to-purchase versus one that drops it. Connecticut's implementation of its permit-to-purchase law in 1995 was associated with a 40% reduction in the state's firearm homicide rate over the next 10 years, meaning 296 firearm homicides over that

---

[9] Federal law also prohibits or restricts undetectable firearms, silencers, short-barreled rifles and shotguns, and machineguns. 18 U.S.C. § 922, (a)(4), (o), (p).
[10] Everytown For Gun Safety, EveryStat: New Jersey, https://everystat.org/#NewJersey (last visited May 31, 2024).
[11] *Id.*
[12] Cassandra K. Crifasi, et al., *Correction to: Association between Firearm Laws and Homicide in Urban Counties*, 95 J. Urb. Health 95, 773-76 (2018), https://doi.org/10.1007/s11524-018-0306-y.

time.[13] But when Missouri repealed its permit-to-purchase law, the state saw up to

a 27% increase in the firearms homicide rate and a 16% increase in the firearm

suicide rate.[14]

Preventing firearm access to domestic abusers saves lives. Domestic abusers

with access to a firearm are five times more likely to kill their partners during

domestic violence episodes.[15] States with the highest rates of gun ownership have a

65% higher rate of domestic violence homicides compared with states with the

lowest rates of gun ownership.[16] ERPOs likewise contribute to saving lives by

removing firearms from individuals at risk of suicide or who showed clear signs of

intending to commit mass shootings.[17]

---

[13] Kara E. Rudolph, *et al.*, *Association Between Connecticut's Permit-to-Purchase Handgun Law and Homicides*, 105 Am J Public Health e49 (2015), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4504296/.

[14] Cassandra K. Crifasi, et al., *Effects of Changes in Permit-to-Purchase Handgun Laws in Connecticut and Missouri on Suicide Rates*, 79 Preventive Medicine, 43-49 (2015) https://doi.org/10.1016/j.ypmed.2015.07.013.

[15] Jacquelyn C. Campbell, et al., *Risk Factors for Femicide in Abusive Relationships: Results From a Multisite Case Control Study*, 93 Am. J. Pub. Health 1089 (2003), https://ajph.aphapublications.org/doi/full/10.2105/AJPH.93.7.1089.

[16] Aaron J. Kivisto, et al., *Firearm Ownership and Domestic Versus Nondomestic Homicide in the U.S.*, 57 Am. J. Preventative Med. 311 (2019).

[17] Jeffrey Swanson et al., *Implementation and Effectiveness of Connecticut's Risk-based Gun Removal Law: Does It Prevent Suicides?*, 80 Law and Contemporary Problems 179-208 (2017) (examining ERPOs issued in Connecticut between 1993 and 2013 and estimating that for every 11 firearm removals carried out under ERPO law, one suicide was averted); Aaron Kivisto & Peter Phalen, *Effects of Risk-based Firearm Seizure Laws in Connecticut and Indiana on Suicide Rates, 1981– 2015*, 69 Psychiatric Services 8 (2018) (finding that increased enforcement of Connecticut's ERPO law

New Jersey's laws significantly impact the trafficking of guns within the state. From 2017 through 2021, New Jersey had the lowest rate among all states of firearms recovered and traced to a retail source within the state, with just 18.2% of recovered firearms sold within New Jersey, compared to a national intrastate recovery rate of 72.1%.[18] Among all states, New Jersey crime guns had the fourth-longest median time-to-crime—the time between first retail sale and recovery—indicating a low trafficking rate in New Jersey given that a short time-to-crime is an indicator of trafficking.[19] A recent report listed 1,324 FFLs across the country that had 25 or more firearms traced to them in the previous year that were recovered with a time-to-crime of three years or less. Arizona and Virginia, states with populations comparable to New Jersey's, had 70 and 52 FFLs on the list, respectively; New Jersey had none.[20]

---

was associated with 14% reduction in the state's firearm suicide rate and finding that after Indiana enacted an ERPO law, the state's firearm suicide rate decreased by 7.5%); Garen Wintemute et al. *Extreme Risk Protection Orders Intended to Prevent Mass Shootings: A Case Series*, 171 Annals of Internal Medicine 9 (2019), https://pubmed.ncbi.nlm.nih.gov/31426088/ (finding that a study of ERPOs issued in California "suggest that this urgent, individualized intervention can play a role in efforts to prevent mass shootings, in health care settings and elsewhere").

[18] ATF, *National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Guns - Volume Two, Part III*, 38-39 (2023), https://www.atf.gov/firearms/docs/report/nfcta-volume-ii-part-iii-crime-guns-recovered-and-traced-us/download.

[19] *Id.* at 23-25.

[20] Nick Penzenstadler, *Gun shops that sell the most guns used in crime revealed in new list*, USA Today (Feb 15, 2024),

Restrictions on assault weapons and LCMs reduce the scale of mass shootings. An Everytown analysis of mass shootings—defined as an incident in which four or more people were killed, excluding the shooter—committed between 2015 and 2022 found that, in incidents in which the shooter used an assault weapon, 2.3 times more people were killed and 22.8 times more people were wounded compared to incidents in which the shooter did not use an assault weapon.[21] In mass shootings involving LCMs, 2.5 times as many people were killed and almost 10 times as many people wounded compared to mass shootings not involving LCMs.[22]  Moreover, a study of high-fatality mass shootings with six or more victims killed, found that states with restrictions on magazine size experienced these high-fatality events at less than half the rate of states without restrictions.[23]

## II.    3D-Printed Firearm Technology Undermines These Firearms Laws and Threatens New Jersey's Public Safety.

N.J. Stat. § 39-9(l)(2) addresses a real and growing problem by blocking access to a primary tool for making firearms—both pistols and rifles, including

---

https://www.usatoday.com/story/news/investigations/2024/02/15/shops-selling-most-crime-guns-revealed-atf/72581120007/.

[21] Everytown Research, Mass Shootings in America (updated March 2023), https://everytownresearch.org/mass-shootings-in-america/.

[22] *Id.*

[23] Louis Klarevas, Andrew Conner, and David Hemenway, *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990–2017*, 109 Am. J. Pub. Health 1754 (2019), https://doi.org/10.2105/AJPH.2019.305311.

assault weapons—outside of the regulatory framework of established gun safety laws. 3D-printed firearm technology has developed to enable anyone to make firearms that look and function like commercially available models. 3D-printed firearms, distinguished by their lack of serial numbers and their circumvention of the regulated commercial firearms market, have a recent proof of concept—the precipitous rise of the market for making guns from unfinished frames and receivers. 3D-printed firearms appear to be on a similar trajectory, as a rise in incidents involving their illegal possession and use indicates.

### A. The technology that enables 3D-printed firearms has developed to allow for inexpensive production of reliable firearms.

In 2018, New Jersey joined a multi-state coalition suing to block the federal government's "under-the-radar" settlement with Defense Distributed that would allow the public posting of files for 3D printing firearms.[24] The "proliferation" of 3D-printed firearms, the states warned, "threatens to cripple the various State's extensive and comprehensive systems of firearms regulations designed to keep guns out of the wrong hands." *Id.* at 7.

---

[24] Complaint at 3, *Washington, et al., v. U.S. Dep't of State*, No. 18-cv-01115 (W.D. Wash. July 20, 2018).

13

Skeptics pilloried the effort, calling it "misdirected" because "current consumer 3D printers make really mediocre guns."[25] The threat of 3D-printed guns was "overblown," according to a gun industry trade group, because "[t]here have been no reports of a criminal using 3D printing to manufacture a firearm and the technology and equipment that would be required to produce one of these firearms would be prohibitively expensive for criminals."[26] A few years ago, these doubts might have seemed defensible: An audit found that ATF reported only 12 cases involving 3D-printed firearms or components from August 2016 through June 2020.[27]

But technology moves quickly, repudiating the skeptics. This brief identifies many federal and state criminal cases initiated from 2021 through May 2024 involving 3D-printed firearms, components, or parts. This rise in incidents coincides with increasingly easy access to the tools for 3D printing firearms. It has become cheaper and simpler to create functional 3D-printed firearms. A study of worldwide reports of 3D-printed guns found that the most prevalent model of 3D

---

[25] *Panic Over 3-Printed Guns 'Misdirected,' Scholar Says*, WBUR, (Aug. 1, 2018), https://www.wbur.org/hereandnow/2018/08/01/3d-printed-gun-blueprints.

[26] Larry Keane, *3D Gun Printing Won't Change the World – Despite What You Read*, National Shooting Sports Foundation (Aug. 1, 2018), https://www.nssf.org/articles/3d-gun-printing-wont-change-the-world-despite-what-you-read/.

[27] Dep't of Justice Office of the Inspector General, *Audit of the Bureau of Alcohol, Tobacco, Firearms and Explosives' Monitoring of 3-D Firearm Printing Technology*, 12 (2021), https://oig.justice.gov/sites/default/files/reports/22-016.pdf.

printer in those incidents was the Creality Ender 3 series,[28] which generally retails for less than $250.[29] This 3D printer has figured in a number of criminal cases.[30] An Illinois domestic abuser allegedly used this model of printer to make Glock-style pistols and AR-15s.[31] A disturbed Georgia man arrested for making numerous threats of violence against a woman had this 3D printer, as well a 3D-printed purple Glock-style pistol and fully automatic AR-15-stye rifle.[32]

3D-printed firearms now resemble commercially available firearms, with files imitating popular makes and models such as Glock-style pistol frames and AR-15 lower receivers. In 2018, the "Liberator" represented the paradigmatic 3D-printed gun, a cumbersome block of plastic of dubious reliability and functionality.

---

[28] Stefan Schaufelbühl, et al., *The emergence of 3D-printed firearms: An analysis of media and law enforcement reports*, Forensic Science International: Synergy 8, at 6 (2024), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10998078/pdf/main.pdf.

[29] Creality, *Ender-3 Pro 3d Printer*, https://www.creality.com/products/ender-3-pro-3d-printer (last visited May 31, 2024).

[30] *See, e.g.*, Indictment at 2, *People v. Freeman*, Index No. 70784-24/001 (2024), https://manhattanda.org/wp-content/uploads/2024/03/Indictment-GG-CF_Redacted.pdf (co-conspirator purchased Creality Ender 3 Pro 3D printer on Amazon.com to print firearms).

[31] Indictment, *United States v. Kraus*, No. 24-cr-40005 (S.D. Ill. Feb. 21, 2024), https://storage.courtlistener.com/recap/gov.uscourts.ilsd.100224/gov.uscourts.ilsd.100224.1.0.pdf.

[32] Complaint, *United States v. Burress*, No. 21-cr-00041 (N.D. Ga. Sept. 21, 2021), https://storage.courtlistener.com/recap/gov.uscourts.gand.296359/gov.uscourts.gand.296359.1.0.pdf.



Now, the most common 3D-printed guns look like regular pistols and rifles, minus the serial number and other identifying information required to be engraved on commercially manufactured firearms (and sometimes made in bright colors).[33]



A 2023 study categorized 3D-printed firearms into three types: (1) fully printed firearms, like the Liberator, that consist mainly of 3D-printed components, other than a few minor parts such as a metal firing pin; (2) hybrid firearms that are mostly 3D-printed, but require assembly with essential metal components such as a

---

[33] *Rochester man arrested for 'ghost' gun after traffic stop*, 13 WHAM (Mar. 5, 2022), https://13wham.com/news/local/rochester-man-arrested-for-ghost-gun-after-traffic-stop (man illegally possessed red Glock-style pistol); Criminal Complaint at 5, *United States v. Wright*, No. 23-cr-00087 (M.D. Fla. July 13, 2023) (man sold AR-style short-barreled rifle with 3D-printed lower receiver to undercover ATF agent).

barrel; and (3) "parts kit completions/conversions" ("PKCs"), firearms for which a 3D-printed frame or receiver is the core component, but requires assembly with other major—but unregulated—components, such as a slide for a Glock-style pistol, or an upper receiver for an AR-15-style firearm, along with trigger parts and a magazine.[34]

The latter category, PKC or 3D-printed frames and receivers, make for more reliable firearms capable of withstanding higher caliber ammunition.[35] Since 2019, interest in hybrid models and 3D-printed frames and receivers has increased and the number of new files published on the "clear web"—websites access through a Uniform Resource Locator ("URL") and which can be found through search engines—has dramatically increased.[36] This trend, the researchers conclude, "can be expected to continue, delivering more reliable and performant designs to users."[37] Notably, Glock-style frames and AR-type lower receivers are popular downloads on Defense Distributed's DefCad site.[38]

---

[34] Stefan Schaufelbühl, et al., *Investigating the availability of 3D-printed firearm designs on the clear web*, 18 Forensic Sci Int Synerg. 7 (Oct. 2023), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10630772/pdf/main.pdf.
[35] *Id.* at 8.
[36] *Id.* at 5, 8.
[37] *Id.* at 8.
[38] DefCad Library, https://defcad.com/library/?sort=downloads_desc (last visited May 31, 2024).

PKC 3D-printed firearms are favored for illegal use. A 2024 study of 186 3D-printed firearms incidents worldwide found that 87 of the incidents involved PKCs, compared with 14 fully printed firearms, and 64 hybrid firearms.[39] PKC firearms are also the most prevalent type of 3D-printed firearm in the incidents noted in this brief. The reasons why is clear: these kit firearms are easily paired with unregulated parts that anyone can purchase to make their own functional firearms. For example, a Florida 16-year-old arrested last December "admitted that he had firearms that he made from his 3D printer" and that "he ordered parts online to make them completely functional."[40] A Nevada man sold 3D-printed Glock-style pistols out of his home, telling a buyer that he could order the remaining parts for five frames and have them assembled in one week.[41] An 18-year-old 3D printed guns in his mother's New York City apartment where she ran

---

[39] Stefan Schaufelbühl, et al., *The emergence of 3D-printed firearms: An analysis of media and law enforcement reports*, Forensic Science International: Synergy 8, 5 (2024), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10998078/pdf/main.pdf.
[40] Jordyn Pennington, *Teen arrested after stepfather discovers he's 3D printing firearms*, Leesburg-News (Dec. 9, 2023), https://www.leesburg-news.com/2023/12/09/teen-arrested-after-stepfather-discovers-hes-3d-printing-firearms/; *see also* Indictment at 5, *People v. Manigault*, Index No. 70782-24/001 (2024), https://manhattanda.org/wp-content/uploads/2024/03/Indictment-GG-AM_Redacted.pdf (co-conspirator purchased lower parts kits and slides for Glock-style 3D-printed frames on eBay).
[41] Complaint at 12, *United States v. Meekins*, No. 22-mj-00343 (D. Nev. Apr. 29, 2022).

a daycare.[42] The ease of access to the most the ill-intentioned among us is chilling.

A white supremacist felon in California offered assistance to others online for 3D

printing firearms, discussed the assembly process,  and texted photos of his 3D-

printed firearms:[43]



Asked if the guns worked, he replied, "Yes of course."[44] Sharing more photos, he

added, "Trying to take over the world so i gotta have skills", before texting "3d

printed mp5 with ar 15 trigger assembly and bolt" and this photo:[45]

---

[42] *Ghost guns discovered at licensed day care in East Harlem*, ABC 7 NY (Sept. 27, 2023), https://abc7ny.com/east-harlem-day-care-drugs-guns/13834680/.

[43] Criminal Complaint, *United States v. Bradford*, No. 23-cr-00397 (C.D. Cal. July 28, 2023).

[44] *Id.* at 19.

[45] *Id.* at 20.



**B. 3D-printed firearms circumvent firearms laws similarly to "ghost guns" made from unfinished frames and receivers.**

3D-printed firearms lack serial numbers. This is their distinguishing feature, and a dangerous one. As this Court has observed, unserialized firearms "have value primarily for persons seeking to use them for illicit purposes." *Marzzarella*, 614 F.3d at 89 ("Because a firearm with a serial number is equally effective as a firearm without one, there would appear to be no compelling reason why a law-abiding citizen would prefer an unmarked firearm."). Serialization allows law enforcement "to link a suspect to a firearm." *Nat'l Shooting Sports Found., Inc. v. Jones*, 716 F.3d 200, 204 (D.C. Cir. 2013). It is "no secret that a chain of custody for a firearm greatly assists in the difficult process of solving crimes," and determining custody chains without "serial numbers" is "virtually impossible." *United States v. Mobley*, 956 F.2d 450, 454 (3d Cir. 1992).

"Ghost guns," a term used to describe unserialized, built-at-home firearms that bypass restrictions on the commercial manufacture and sale of firearms, have been marketed by sellers who "knowingly evaded federal and state laws." *New York*

*v. Arm or Ally, LLC*, No. 22-CV-6124, 2024 WL 756474, at *15 (S.D.N.Y. Feb. 23, 2024). Only minor drilling is required to ready an unfinished frame or receiver for assembly with other parts, creating a fully functional firearm.[46] Moreover, firearms made from unfinished frames and receivers mimic popular pistol and rifle models, such as the Glock 17 and the AR-15. *See id.* at *7.

As more sellers of 80% frames and receivers emerged, making it easier than ever to create unserialized firearms at home,[47] law enforcement recoveries of ghost guns increased at an incredible rate. In 2016, law enforcement agencies recovered just 1,758 "privately made firearms" in ATF parlance—a term which, like "ghost guns," encompasses firearms with 3D-printed components, but which has mostly consisted of firearms made with unfinished finished frames and receivers.[48] In 2020, ghost gun recoveries had risen to 10,109, then nearly doubled in 2021, reaching 19,344.[49] Recoveries rose again in 2022, to 25,785,[50] ultimately marking a

---

[46] *See, e.g.*, Glenn Thrush, *"Ghost Guns": Firearm Kits Bought Online Fuel Epidemic of Violence*, N.Y. Times (updated June 22, 2023), https://www.nytimes.com/2021/11/14/us/ghost-guns-homemade-firearms.html.

[47] *See* Everytown Research & Policy, *Untraceable: The Rising Specter of Ghost Guns* (May 14, 2020), https://everytownresearch.org/report/the-rising-specter-of-ghost-guns/ (reporting that of 80 online sellers of unfinished frames and/or receivers, 68% began selling those items between January 2015 and May 2020).

[48] 87 Fed. Reg. 24,652, 24,656.

[49] *Id.*

[50] Dep't of Justice, *FACT SHEET: Update on Justice Department's Ongoing Efforts to Tackle Gun Violence* (June 14, 2023), https://www.justice.gov/opa/pr/fact-sheet-update-justice-department-s-ongoing-efforts-tackle-gun-violence.

mind-boggling increase of 1,366% over just six years. Attempted or completed homicides were associated with 692 ghost gun recoveries over the 2016-2021 period.[51] While some of the increase in ghost gun recoveries can be attributed to law enforcement awareness and training, the meteoric rise undeniably reflects accelerating criminal possession and use of unserialized firearms manufactured outside the regulated market.[52]

3D-printed firearms also make it possible to create dangerous firearms and firearms parts that are either prohibited or tightly restricted by New Jersey and federal law. For example, most downloaded file on DefCad is a Glock auto sear,[53] also known as a "Glock switch," which can quickly and easily be attached to the back of a Glock slide to enable automatic fire, creating an illegal machinegun.[54]

---

[51] 87 Fed. Reg. 24,652, 24,656.

[52] ATF, *National Firearms Commerce and Trafficking Assessment (NFCTA): Crime Guns - Volume Two, Part III*, 5 (2023), https://www.atf.gov/firearms/docs/report/nfcta-volume-ii-part-iii-crime-guns-recovered-and-traced-us/download.

[53] DefCad Library, https://defcad.com/library/?sort=downloads_desc (last visited May 31, 2024).

[54] *"Glock Switches" and Auto Sears*, The Smoking Gun, https://smokinggun.org/glock-switches-auto-sears/ (last visited May 31, 2024). *See also* Criminal Complaint, *United States v. Payne*, No. 24-cr-00009 (S.D. Ind. Feb. 16, 2024) (felon found with 60 3D-printed glock switches, 3D printer, 3D-printed silencer, pistol with 3D-printed hand grip); Dep't of Justice, Press Release: *Boston Man Sentenced for Unlawful Trafficking of Machinegun Conversion Devices* (Apr. 30, 2024), https://www.justice.gov/usao-ma/pr/boston-man-sentenced-unlawful-trafficking-machinegun-conversion-devices.

Other top downloads include files for silencers, LCMs, and auto sears that enable automatic fire in an AR-style firearm.

### C. 3D-printed firearms are increasingly being recovered in connection with crimes.

Reports of recoveries of 3D-printed guns recovered in connection with crimes have sharply risen in the last few years. These reports show that prohibited persons are accessing 3D-printed firearms, that 3D-printed firearms are being trafficked, and that 3D printers are being used to create dangerous and illegal firearms and firearm parts.

Juveniles are making and misusing 3D-printed firearms. In Iowa, a 16-year-old was recently charged with shooting a 31-year-old man with a 3D-printed firearm after an argument.[55] In California, 14-year-old was arrested for printing a pistol frame,[56] and a 16-year-old was arrested for possessing an assault rifle with a 3D-printed receiver.[57] And in Virginia, a teen unintentionally shot himself in the leg while making a Glock-style pistol in his bedroom with a frame made with a 3D

---

[55] Lydia Bermel & Emma Brustkern, *16-year-old boy arrested in connection to Tuesday shooting, Des Moines police say*, We Are Iowa (Apr. 9, 2024), https://www.weareiowa.com/article/news/crime/easton-blvd-des-moines-iowa-shooting-suspect-arrested/524-4ddd7d2e-e59a-4ff3-be08-d41b042db9f8.

[56] Phil Mayer & Terisa Estacio, Santa Rosa 14-year-old arrested for manufacturing guns: police, KRON4 (Feb 15, 2024), https://www.kron4.com/news/bay-area/santa-rosa-14-year-old-arrested-for-manufacturing-guns-police/.

[57] *Teen with assault rifle 'ghost gun' arrested, Santa Rosa policy say*, The Press Democrat (May 15, 2022), https://www.pressdemocrat.com/article/news/teen-with-assault-rifle-ghost-gun-arrested-santa-rosa-police-say/.

printer that the teen had purchased himself.[58]

Around the country, felons and violent offenders are illegally possessing and using 3D-printed firearms to commit crimes, as incidents this year show. On May 22, a Utah man prohibited from possessing firearms was charged with attempted murder after aiming a 3D-printed AR-style rifle at a woman's face and pulling the trigger during a domestic violence incident.[59] On May 14, police in Washington arrested a felon dealing fentanyl, a search of whose residence revealed a 3D printer, two Glock-style handguns with 3D-printed frames, a 3D-printed magazine, and six other 3D-printed frames.[60] In April, an argument in Oklahoma, led to one man shooting another with a 3D-printed gun.[61] In February, New Hampshire police arrested a felon after he shot a partially 3D-printed firearm into a neighboring family's apartment.[62] And in January, a New York man arrested for

---

[58] Nicole Dantzler, *Hopewell Police investigating first case involving 3D printed gun after accidental shooting*, WRIC 8News (Oct. 6, 2021), https://www.wric.com/news/local-news/the-tri-cities/hopewell-teen-recovering-after-accidentally-shooting-himself-while-making-a-gun-with-3d-printer/.

[59] Victoria Hill, *Utah man booked on charges of attempted murder with 3D-printed AR-style rifle*, KJZZ-TV (May 24, 2024), https://www.kjzz.com/news/local/utah-man-booked-on-charges-of-attempted-murder-with-3d-printed-ar-style-rifle-firearm.

[60] *Traffic stops leads deputies to drugs, suspected 3D gun manufacturing at Bellingham house*, Whatcom-News (May 21, 2024), https://whatcom-news.com/traffic-stop-leads-deputies-to-drugs-suspected-3d-gun-manufacturing-at-bellingham-house_218451/.

[61] Kevin Haggenmiller, *Lawton man uses 3D printed gun to shoot person over dispute, police say*, KSWO (Apr. 12, 2024), https://www.kswo.com/2024/04/12/lawton-man-uses-3d-printed-gun-shoot-person-over-dispute-police-say/.

[62] Arielle Mitropoulos, *Nashua police say man made gun with 3-D printed parts*, WMUR-

intentionally causing a victim to fear for her life by displaying a firearm, was found to have nine 3D-printed pistols.[63]

Individuals adjudicated to pose a danger to themselves or others are also making 3D-printed firearms despite orders that specifically bar them from purchasing or possessing firearms. A Florida 19-year-old was charged with violating an ERPO—originally granted after a relative allegedly unintentionally shot and killed herself a homemade unserialized pistol he made—after officers found that he had 3D-printed a lower receiver and Glock-style frame using a file made available for download by Hoffman Tactical, a file distributor.[64] A Virginia white supremacist—ordered to surrender all firearms, firearms equipment, and parts after a felony conviction—purchased a 3D printer and handgun parts upon his release and set about making a pistol frame, encouraging his social media followers to build untraceable firearms and wreak violence on Black people, Jewish

---

TV (Feb 27, 2024), https://www.wmur.com/article/gun-3-d-printer-parts-nashua-22624/46976358 ("'It's very concerning for us, because 3-D printers are very accessible,' said Nashua Sgt. John Cinelli. 'You can buy them at your local Staples, and then somebody can take them home, and if they're savvy enough, they can make their own guns for them.'").

[63] Samantha Rich, *Man facing 26 felonies for possession of firearms, 3D printed 'ghost guns'*, Binghamton Homepage (Jan. 4, 2024), https://www.binghamtonhomepage.com/news/crime/man-facing-26-felonies-for-possession-of-firearms-3d-printed-ghost-guns/.

[64] Probable Cause Statement, *State of Florida v. Byrd*, No. 23-CF-016249 (Cir. Ct. Lee Cty. June 22, 2023); Petition for Extreme Risk Protection Order, *Lee Cty. Sheriff's Office v. Byrd*, No. 22-DR-040037 (Cir. Ct. Lee Cty. July 29, 2022).

people, and police officers.[65]

There have been numerous instances of trafficking 3D-printed firearms.[66] Individuals under 21, too young to purchase handguns from FFLs, have been charged with making and selling 3D-printed guns.[67] Moreover, as federal regulations continue to impact the availability of unfinished frames and receivers for use in making homemade unserialized guns,[68] trafficking in 3D-printed firearms will grow as traffickers adapt and rely on new supply sources. One Arizona trafficker of unserialized pistols told an undercover officer "that he had sold off all of his firearms to purchase a 3d printer to make more firearms and to make auto sears and Glock switches."[69] A Massachusetts trafficker of unserialized guns built

---

[65] Response in Opposition to Defendant's Motion for Revocation of Detention Order, *United States v. Lopez*, No. 23-cr-00079 (E.D. Va. Aug. 30, 2023), ECF No. 39.

[66] *See, e.g.*, Complaint, *United States v. Mosqueda*, No. 24-cr-00015 (D. Nev. Nov. 9, 2023) (man charged with trafficking made 3D-printed frames, receivers, and auto sears); Henry Lee, *Oakland man charged with making, test-firing ghost guns for sale in neighborhood,* KTVU Fox 2 (Jan. 13, 2023), https://www.ktvu.com/news/oakland-man-charged-with-making-test-firing-ghost-guns-in-neighborhood (suspect had "at least 20 AR-15 rifles and handguns . . . and a 3D printer that was used to make the weapons"); Complaint at 25-26, *United States v. Reeves*, No. 22-mj-00015 (D. Conn. Jan. 5, 2022) (defendant supplied 3D-firearms for sale, was found with a 3D printer, six fully assembled and 12 partially assembled 3D-printed firearms).

[67] Alex Baker, *San Jose teen arrested for using 3D printer to manufacture ghost gun*, KRON4 (Feb. 20, 2024), https://www.kron4.com/news/san-jose-teen-arrested-for-using-3d-printer-to-manufacture-ghost-guns/ (18-year-old "was using a 3D printer to manufacture illegal firearms for sale").

[68] *See infra* at 3-4, *supra* at 28-29.

[69] Complaint, *United States v. Hernandez*, No. 23-mj-05662 (D. Ariz. Feb. 7, 2023).

from unfinished frames and receivers purchased a 3D printer to continue his

trafficking business because, as he explained in a Facebook message, "U can't buy

a lower without a [Firearms Identification Card] now that they have to go to a

ffl."[70] When law enforcement searched his residence, they found a 3D printer and

five 3D-printed frames.[71] A New Jersey trafficker sold two pistols made from

unserialized, unfinished frames and eleven pistols made with 3D-printed frames.[72]

The side of one of those pistols read, "Technology changes. Rights Don't."[73]

Many criminals are using 3D printers to circumvent state bans on products

like assault weapons and LCMs. A New York City man was indicted on May 28 for

making and selling 3D-printed guns, including two assault weapons that he test-

fired in Central Park with attached silencers.[74] A California man used a "partially

digitally printed" AR-15 to fire at police officers responding to reports that the man

was firing shots and had stabbed his mother and was firing shots around a

---

[70] Affidavit in Support of Complaint, *United States v. Viera*, No. 22-cr-10323 (D.
Mass. Aug. 17, 2022).

[71] *Id.*

[72] Information at 7, *United States v. Clyburn*, No. 23-cr-01010 (D.N.J. Nov. 29, 2023),
ECF No. 58.

[73] *Id.*

[74] Manhattan District Attorney, *Press Release: D.A. Bragg & NYPD Commissioner
Caban: Man Indicted for Manufacturing Ghost Guns in Harlem Apartments, Test-Firing
Weapons in Central Park* (May 28, 2024), https://manhattanda.org/d-a-bragg-nypd-
commissioner-caban-man-indicted-for-manufacturing-ghost-guns-in-harlem-
apartment-test-firing-weapons-in-central-park/.

residential neighborhood.[75] Brothers in Queens, New York, who had a "hit list" of "cops, judges, politicians, celebrities" and "banker scum" had a 3D printer and thirteen 3D-printed LCMs, in addition to 3D-printed pistols, and unserialized AR-15s.[76]

### III. New Jersey's Efforts to Prevent the Proliferation of Files for 3D Printing Firearms Can Reduce Their Criminal Use, If Allowed to Stand.

These incidents present a dire warning. Like ghost guns made from unfinished frames and receivers before them, 3D-printed firearms pose an escalating threat to public safety. There is reason to hope, however, that regulatory measures can curb the proliferation of 3D-printed firearms. ATF's rulemaking that categorized certain unfinished frames and receivers used to build ghost guns as firearms subject to serialization, recordkeeping, and background check requirements took full effect in August 2023,[77] and recent evidence suggest that the rule is having an impact. A seller of unfinished frames and receivers used to make

---

[75] Marc Brown, *Bodycam video shows LASD confront man with assault rifle, body armor in Diamond Bar*, ABC7 (July 28, 2023), https://abc7.com/diamond-bar-deputy-involved-shooting-man-with-ar-15-digitally-produced-ghost-guns/13562942/.

[76] Queens District Attorney, *Press Release: Brothers Charged After Seizure of Homemade Explosives, Ghost Guns in Their Astoria Apartment* (Jan 29, 2024), https://queensda.org/brothers-charged-after-seizure-of-homemade-explosives-ghost-guns-in-their-astoria-apartment-photo/.

[77] The regulation took effect in August 2022, but was enjoined at various points over the following year, until the Supreme Court stayed vacatur of the rule in August 2023. *Garland v. VanDerStok*, No. 23A82, Order in Pending Case (Aug. 8, 2023).

ghost guns complained that the rule "effectively wipes out" the market for unfinished frames and receivers and "eliminates the consumer market" for those items.[78] Encouragingly, New Jersey saw a decrease in recoveries of ghost guns after the rule took effect, from 34 monthly recoveries between January and July 2023, to 19 recoveries per month between August and December 2023.[79] The District of Columbia,[80] New York City,[81] and Los Angeles[82] all saw ghost guns recoveries decline in 2023 compared to 2022.

Subsection (*l*)(2) can have a similar effect on the prevalence of 3D-printed firearms in New Jersey. The State's enforcement efforts are important progress. See State Br. 5-6. Subsection (*l*)(2) is constitutional and should be allowed to stand.

---

[78] Complaint for Declaratory and Injunctive Relief at 24, *VanDerStok, et al. v. Garland, et al.*, No. 22-cv-00691 (N.D. Tex. Oct. 20, 2022), ECF No. 99.

[79] Brief of the District of Columbia, et al. in Support of Petitioners at 15-16, *Garland v. VanDerStok, et al.*, No 23-852 (2024), https://www.supremecourt.gov/DocketPDF/23/23-852/302544/20240307151530521_23-852acBriefOfTheDistrictOfColumbia.pdf.

[80] *Id.* (407 recoveries in 2023 compared to 524 in 2022).

[81] *See* Christine Chung, *Ghost Gun Investigation Leads to Raid in Upper East Side Luxury Building*, N.Y. Times (Mar. 9, 2023), https://www.nytimes.com/2023/03/09/nyregion/christopher-foxghost-gun-arrest.html (463 recoveries in 2022); Queens District Attorney, *Press Release, Queens County Dist. Att'y, Brothers Charged After Seizure of Homemade Explosives, Ghost Guns in Their Astoria Apartment* (Jan. 29, 2024), https://queensda.org/brothers-charged-after-seizure-of-homemade-explosives-ghost-guns-in-their-astoria-apartment-photo/ (359 recoveries in 2023).

[82] City of Los Angeles, *Press Release: LAPD Releases End of Year Crime Statistics for the City of Los Angeles* 2023 (Jan. 24, 2024), https://mayor.lacity.gov/news/lapd-releases-end-year-crime-statistics-city-los-angeles-2023 (1,232 ghost guns were recovered by the Los Angeles Police Department, a 28% decrease compared to 2022).

## CONCLUSION

This Court should affirm the district court's judgment.


May 31, 2024                              Respectfully submitted,

                                          /s/ Aaron Esty
                                          Aaron Esty
                                          Everytown Law
                                          450 Lexington Avenue, P.O. Box 4184
                                          New York, NY 10017

                                          *Counsel for amicus curiae*
                                          *Everytown for Gun Safety Support Fund*

# CERTIFICATIONS

I certify that:

1.      This brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) and 32(a)(7)(B)(i) because this brief contains 6,416 words, excluding the portions exempted by Fed. R. App. P. 32(f), and complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

2.      I am a member of the bar of the U.S. Court of Appeals for the Third Circuit. My date of admission was June 25, 2012.

3.      A virus detection program, VirusTotal, was run on the electronic version of this brief, and no virus was detected.

4.      The text of the electronic version of the brief is identical to the text of the paper copies.

5.      On May 31, 2024, I electronically filed this amicus brief with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the CM/ECF system, which will send notice to all registered CM/ECF users.

May 31, 2024                                    /s/ Aaron Esty

                                                *Counsel for amicus curiae*
                                                *Everytown for Gun Safety Support Fund*