# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-3058

Defense Distributed, et al v. Attorney General New Jersey

(U.S. District Court No.: 3:21-cv-09867)

**ORDER**

The Court has received a **Appellants' Petition En Banc Rehearing and for Panel Rehearing** from **Second Amendment Foundation Inc, Defense Distributed.** The requirements for a petition for rehearing are set forth in Fed. R. App. P. 32(g), 40 and 3d Cir. L.A.R. 35.1. The Appellants' Petition En Banc Rehearing and for Panel Rehearing does not comply with the following Court requirement(s):

# **Motion to file attachments/exhibits to Petition for Rehearing.**

> *The petition for rehearing exceeds the page or word limit. A handwritten or typewritten petition for rehearing shall not exceed fifteen (15) pages in length. A petition produced using a computer must not exceed 3,900 words. See Fed. R. App. P. 40(d)(3)(A).*

A motion to exceed the word and/or page limitation must be filed on or before **March 6, 2026**. No action will be taken on the petition for rehearing until the motion is filed.

Pursuant to 3rd Cir. L.A.R. Misc. 107.3 and 3rd Cir. L.A.R. Misc. 113, if the Court finds that a party continues not to be in compliance with the rules despite notice by the Clerk, the Court may, in its discretion, impose sanctions as it may deem appropriate, including but not limited to the dismissal of the appeal, imposition of costs or disciplinary sanctions upon a party or counsel.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 27, 2026
AMR/cc: Joshua Blackman, Esq.
Aaron C. Esty, Esq.
Charles R. Flores, Esq.
William P. Miller, Esq.
Timothy Sheehan, Esq.