No. 23-3058

---

In the United States Court of Appeals for the Third Circuit

---

Defense Distributed; Second Amendment Foundation, Inc.,
*Plaintiffs—Appellants*,

v.

Attorney General of New Jersey,
*Defendant—Appellee.*

---

Appeal from the United States
District Court for the District of New Jersey
Case No. 3-21-cv-9867

---

Petitioners' Unopposed Motion to Exceed the Word and/or Page Limitation

---

Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

Josh Blackman
Josh Blackman LLC
1303 San Jacinto Street
Houston, Texas 77002
(202) 294-9003

Chad Flores
Flores Law PLLC
917 Franklin Street,
Suite 600
Houston, Texas 77002
(713) 364-6640

Counsel for Appellants

i

**Petitioners' Unopposed Motion to
Exceed the Word and/or Page Limitation**

Pursuant to this Court's Order of February 27, 2026, Doc. 62, Appellants Defense Distributed and the Second Amendment Foundation, Inc. respectfully move for leave to file their Petition for Panel Rehearing and Rehearing En Banc with attached exhibits and to exceed the standard word and page limitations.

1. Appellants filed their Petition on February 26, 2026. The Petition itself contains 3,880 words, which is within the 3,900-word limit set by Fed. R. App. P. 40(d)(3)(A). The Petition includes as attachments the several Fifth Circuit decisions that are the subject of the intercircuit conflict described in the Petition—specifically *Defense Distributed v. Bruck*, 30 F.4th 414 (5th Cir. 2022) and its progeny.  These attachments cause the total filing to exceed the 15-page and 3,900-word limits.

2. Good cause exists to exceed the limitations because the attachments are central to the grounds for rehearing. The Petition argues that the panel decision nullifies published mandates from a sister circuit in this very case. Including the full text of those decisions ensures the Court has the necessary record to evaluate the severity of the resulting circuit split.

1

3. No party will be prejudiced by this request. The petition itself complies with the word limits, and the attachments are provided solely for convenience and do not supplement the legal argument.

4. Counsel for the New Jersey Attorney General has been consulted and consents to the Petition being filed in its current form, including the attachments.

## Conclusion

Therefore, Appellants respectfully request that the Court grant this unopposed motion, accept for filing the petition as submitted, and issue any further relief that is needed to effectuate that intent.

Respectfully submitted,

Chad Flores
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

Josh Blackman
Josh Blackman LLC
1303 San Jacinto Street
Houston, Texas 77002
(202) 294-9003

Counsel for Appellants

## Certifications

1.  At least one of the attorneys whose name appears on this brief is a member of the bar of this Court.

2.  The text of this document's electronic version matches its paper copies.

3.  A virus detection program, BitDefender Endpoint Security Tools major version 6, has been run on the file and no virus was detected.

4.  This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 244 words, excluding the parts exempted by Rule 27(d)(2).

5.  This document complies with the type-volume limit of the Federal Rules of Appellate Procedure 32 because it contains 3,880 not-exempted words.

6.  This filing complies with the typeface and type-style requirements of the Federal Rules of Appellate Procedure because it uses a proportionally spaced typeface, Equity OT 14 point.

7.  On March 2, 2026, this filing was served on the opposing party's counsel by delivering it through the Court's electronic docketing system to the following registered user of the system:

    Renee Greenberg
    Erin Hodge
    Timothy Sheehan

    _/s/ Chad Flores_
    Chad Flores
