UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 23-3058


DEFENSE DISTRIBUTED, et al,
Appellants

v.

ATTORNEY GENERAL NEW JERSEY

(D.N.J. No. 3:21-cv-09867)

Present:  KRAUSE, *Circuit Judge*

1.  UNOPPOSED Motion filed by Appellants Defense Distributed and Second
    Amendment Foundation Inc to file exhibits with Petition for Rehearing.


                                          Respectfully,
                                          Clerk/amr

_____ORDER_____

The foregoing motion is GRANTED.


                                          By the Court,

                                          s/ Cheryl Ann Krause
                                          Circuit Judge


Dated: March 30, 2026
Amr/Cc: All counsel of record