UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-3058

_____

DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.,
Appellants

v.

ATTORNEY GENERAL NEW JERSEY

_____

(3:21-cv-09867)

_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, <u>Chief</u> <u>Judge</u>, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT, *SCIRICA, and *RENDELL, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by Appellants Defense Distributed and Second Amendment Foundation Inc. in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service

_____

*Judge Scirica and Judge Rendell votes are limited to panel rehearing only.

not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ Cheryl Ann Krause
Circuit Judge

Dated: April 10, 2026
Amr/cc: All counsel of recod