OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

April 20, 2026

Melissa E. Rhoads
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 E State Street
Trenton, NJ 08608

RE: Defense Distributed, et al v. Attorney General New Jersey
Case Number: 23-3058
District Court Case Number: 3:21-cv-09867

Dear District Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: April 20, 2026

Amr/cc: Joshua Blackman, Esq.
Stephen Ehrlich, Esq.
Aaron C. Esty, Esq.
Charles R. Flores, Esq.
William P. Miller, Esq.
Timothy Sheehan, Esq.