# U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-3058

DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC.,
*Appellants*

v.

ATTORNEY GENERAL OF NEW JERSEY

_____

Appeal from the U.S. District Court, D.N.J.
Judge Michael A. Shipp,
No. 3:21-cv-09867

Before: Krause, Scirica, and Rendell, *Circuit Judges*
Argued Nov. 4, 2024

_____

## JUDGMENT

_____

This cause came to be considered on the record from the U.S. District Court for the District of New Jersey and was argued on November 4, 2024.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgments entered on October 1, 2023 and November 2, 2023 are hereby **AFFIRMED**. Costs will be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 12, 2026

Certified as a true copy and issued in lieu of a formal mandate on April 20, 2026

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**